AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-MJ-00030 |
| ANDREW WILLIAMS | ) Assigned to: Judge Zia M. Faruqui |
|  | ) Assigned Date: 1/11/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/06/2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752 | Unlawful Entry of a Restricted Building |
| 40 U.S.C. § 5104 | Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

William Novak, Special Agent- FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/11/2021

_____
*Judge's signature*

City and state: Washington, D.C.    ZIA M. FARUQUI, United States Magistrate Judge
*Printed name and title*