IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

              CASE NO. 21-mj-30

   Plaintiff,

v.

ANDREW JAMES WILLIAMS,

   Defendant.
_____/

### NOTICE OF APPEARANCE AS TO ANDREW JAMES WILLIAMS

   Vincent A. Citro, of the Law Offices of Horwitz & Citro, P.A., 17 East Pine Street, Orlando, Florida 32801, Telephone (407) 843-7733 enters his Notice of Appearance as retained counsel for the Defendant, Andrew James Williams, in the above styled cause.

   Respectfully submitted on January 22, 2021.

              **LAW OFFICES OF**
              **HORWITZ & CITRO, P.A.**

              *s/ Vincent A. Citro*
              **VINCENT A. CITRO**
              District of Columbia Bar Number: 1531364
              District Court Bar Number: FL0021
              17 East Pine Street
              Orlando, Florida 32801
              Telephone: (407) 843-7733
              Facsimile: (407) 849-1321
              vince@horwitzcitrolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Peter Lallas, Assistant United States Attorney, United States Attorney's Office, 555 4th Street, N.W., Washington, District of Columbia 20530, at Peter.Lallas@usdoj.gov.

**LAW OFFICES OF
HORWITZ & CITRO, P.A.**

*s/ Vincent A. Citro*
**VINCENT A. CITRO**
District of Columbia Bar Number: 1531364
District Court Bar Number: FL0021
17 East Pine Street
Orlando, Florida 32801
Telephone: (407) 843-7733
Facsimile: (407) 849-1321
vince@horwitzcitrolaw.com