**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **No. 21-cr-24** |
| **ANDREW JAMES WILLIAMS,** | **Sentencing:  January 27, 2022** |
| **Defendant.** | |

<u>**CONSENT MOTION TO CONTINUE SENTENCING**</u>

The United States, with the consent of the defendant, respectfully requests a short continuance of the sentencing in this matter currently set for January 27, 2022.  Specifically, the government requests that sentencing be scheduled for a time convenient to the Court and the parties on or after February 3, 2022.

On November 2, 2021, the defendant plead guilty to a violation of 40 U.S.C. § 5104(e)(2)(G).  The Court scheduled sentencing for January 27, 2022, and ordered the government file its sentencing memorandum by January 17, 2022, with a defense memorandum due on January 20, 2022.

The government needs additional time to draft its sentencing memorandum and therefore seeks a brief continuance of the sentencing hearing.  As the Court no doubt is aware, the government devotes great time to ensuring that sentencing memoranda clearly and accurately present the relevant facts and law and to present sentencings in analogous cases for the Court's consideration.  In this matter, due to the volume of material relevant to this case, the time necessary for appropriate internal consultations and consideration, and the press of other matters, the government would benefit from additional time to prepare its sentencing memorandum.  Counsel for the defendant informed the government the defense consents to the relief sought herein.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By: _____/s/_____

Peter C. Lallas
Assistant United States Attorney
New York Bar No. 4290623
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-6879
Peter.Lallas@usdoj.gov