# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-45** |
| | : | |
| **ANDREW JAMES WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

In response to the Court's January 10, 2022, Minute Order directing the government to provide relevant video(s) to the Court, the government today sent two videos via USAfx to the Court's chambers and counsel for the defendant. In one video, with file name "0176-TP-3367781_0000005_Import," the defendant can be seen and heard while climbing the steps to the Capitol. In the second, with file name "IMG_6266.mov," the defendant can be seen and heard walking through various areas of the Capitol, including the Crypt. As directed by the Court, the government will make these videos available to the public through the "'drop box' technical solution" implemented in accordance with Standing Order 21-28.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney

By: _____/s/_____
Peter C. Lallas
N.Y. Bar No. 4290623
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530
(202) 252-6879
Peter.Lallas@usdoj.gov