# Exhibit 1:

# Character Letters

# Character Letter 1:
# Michael Abufaris, D.D.S.



# PERIODONTAL
# ASSOCIATES
# OF WINTER PARK

November 22, 2021

The Honorable Dabney L. Friedrich
U.S. District Judge
C/O Vincent A Citro
Law offices of Horwitz & Citro, PA.
17 East Pine Street
Orlando, FL 32801

Dear Judge Friedrich

My name is Dr. Michael Abufaris and I am a practicing periodontal surgeon for the past 40 years in Winter Park, Florida.

I have known the Williams family for over 30 Years and Andrew Williams his entire Life. He grew up in our same neighborhood, where my wife and I have attended the many important events in his life; including his schooling, becoming a fireman, his wedding to Becca, and the birth of their first child, Ellie.  During these years, I have watched Andy grow into a kind, generous, passionate, energetic and faith filled young man.  He is a very supportive, thoughtful son; a caring, responsible husband and a compassionate, loving father.  Watching him make important changes in his life, dealing with diabetes and now with his current challenges, is proof of his true character described above.   His dedication to becoming a better person, husband and his career as a Fireman, is a testament to his commitment to the improvement of his life and saving other lives as well as protecting the community he serves.

I realized that Andy has entered a plea of guilty to "parading, demonstrating or picketing in the Capital Building; and, although breaking the law is unacceptable, I know that he truly regrets getting caught up in the moment and admits that he should have never entered into the building.  It is my hope and prayer for leniency when it comes to Andy's sentence.

Sincerely

Dr. Michael Abufaris

# Character Letter 2:
# Christa Allen

Christa Allen
1222 Oakley Street
Orlando, Florida 32806

December 22, 2021

The Honorable Dabney L. Friedrich
U.S. District Judge
C/O: Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 E. Pine Street
Orlando, FL 32801

Dear Judge Friedrich,

My name is Christa Allen and I am a wife and stay at home mother in Orlando, Florida. I have known Andrew J. Williams "Andy" for more than 30 years, since I was 6 years old. He is one of my little brother, Paul Bennett's, oldest and dearest friends. Growing up we went to the same school and church, and were a part of the same community.

When I think of Andy I cannot help but smile. He is one of the most lovable, friendly and outgoing people I know. He is genuine and has a heart of gold. I have many happy memories of him growing up as well as now.

One summer we traveled to Hawaii to stay with family and work as summer camp counselors at the YMCA. That was the first time I really got to know Andy as a young adult. He was so helpful, appreciative, and eager to work. I remember being so grateful that he was such a close friend of our family. Since that summer he and my little brother have remained best friends and many new memories have been made. I love seeing the man he has become. A wonderful friend, husband and dad.

I understand that Andy has entered a plea of guilty to "parading, demonstrating, or picketing in a Capitol building."

I know this is a serious charge. I truly believe Andy made a mistake that day and I cannot condone his action. But I believe Andy is truly remorseful and has learned his lesson over the course of the past year. I hope that this court considers Andy's character throughout his lifetime, and I humbly request leniency in his sentence.

Sincerely,

Christa Allen

# Character Letter 3:
# Meg and Russell Baldwin

Meg Baldwin
629 Blairshire Circle
Winter Park, Florida 32792
megwpfl51@gmail.com

November 14, 2021

The Honorable Dabney L. Friedrich
U.S District Judge
c/o Vincent A. Citro
Law Offices of Horwitz & Citro, PA
17 East Pine Street
Orlando, Florida 32801

Dear Judge Friedrich

My name is Meg Baldwin and I am writing on behalf of Andrew Williams.  I taught in the Orange
County Public School system for 36 years, 6 years at Dommerich Elementary and 30 at Brookshire
Elementary.  My husband, Russell, and I have lived in Winter Park all our lives. Russell is a CPA and
is founder and owner of Baldwin & Co. CPA on N. Park Ave.

We have known Andrew and his family for more than 30 years.  The Williams Family lived on
Blairshire Circle, two doors down from our house.  We saw and interacted with Andrew on many
occasions throughout his middle and high school years.  As a young teenager Andy was always hard
at work doing odd jobs around the neighborhood earning money.  He was always very friendly,
respectful and polite.  We have seen him grow into a fine young man, get married and begin a
family.   I know he loved his job at the Sanford Fire Department, he had found his niche and was
well respected by his coworkers.

I understand that Andrew entered a plea of guilty to parading, demonstrating or picketing in a
Capitol building.  I know that he got caught up in the moment and made a poor choice in entering
the building.  I would strongly advocate for leniency from the Judge for this young man when it
comes to sentencing.

Sincerely,

Meg and Russell Baldwin

# Character Letter 4:
# Michael Beaton

Michael Beaton
1114 Chenille Circle
Weston, FL, 33327

12/22/21

The Honorable Dabney L. Friedrich
U.S. District Judge
C/O: Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 E. Pine Street
Orlando, FL 32801

Dear Judge Fredrich,

My name is Michael Beaton and I am an Executive Recruiter in south Florida.

I have known Andrew Williams since 2006, when we met in college through mutual friends. Andy and I became close friends from 2006-2010 and still remain friends to this day. He comes from a loving and supportive family

Andy is a very caring person that has never put himself or his needs above the needs of others. He is and always was one that would go out of his way to help anyone that needed it. This became even more apparent when he decided to become a paramedic/EMT/firefighter, always rushing to help those that needed it.

His character can be described as courteous, hardworking, trustworthy, helpful and kind. He is friendly to those he knows as well as strangers. An example of his character would include volunteering for charity while in Tallahassee to raise money for those less fortunate, something we willingly did together.

In addition, Andy was by my side during some really tough situations I experienced with my family and would go out of his way to show his emotional support. This included missing out on other activities to spend time with me, knowingly fully well he didn't have to.

While I was surprised to hear of his misconduct, it comes as no surprise that he is ready to accept the responsibility of his actions. I believe that as we move forward, he will emerge a better person. In short, Andy expressed deep remorse in making such a serious mistake and I believe in his ability to pay his debt to society in a positive way.

I understand that Andy has entered a plea of guilty to "parading, demonstrating, or picketing in a Capitol building." It is my sincere hope that the court takes this letter into consideration at the time of sentencing and imposes leniency on him. Despite the current case, I still believe Andy Williams to be an honorable individual, a valuable member of his community, and a good human being

Best Regards,

Michael Beaton

# Character Letter 5:
# Paul Bennett, Esquire

Paul A. Bennett
1626 Ridgewood Ave.
Maitland, FL 32751

November 10, 2021

*__Via e-mail only__*

The Honorable J. Dabney L. Friedrich
United States District Judge
C/O Vincent A. Citro,
Law Offices of Horwitz & Citro, P.A.
17 E. Pine Street
Orlando, FL 32801

Honorable Judge Fredrich,

My name is Paul Bennett and I am an attorney in Orlando, Florida. I'm writing this letter on behalf of Andrew ("Andy") Williams, who I understand has plead guilty to the charge of parading in a Capitol Building.

I have known Andy since childhood. Andy and I were both students at St. Margaret Mary Catholic School in Winter Park, Florida where we became fast friends. Andy and I continued our friendship throughout our childhood and adolescence. We both attended Winter Park High School where Andy was a solid student and star football player. Andy was always very popular in school, largely because he was the nicest, most outgoing person on campus. Andy was friends with everyone, and everyone was friends with Andy. That is a rare accomplishment in high school. During high school, Andy and I spent almost afternoon together at the Williams' residence. Andy's mom – Miss Wendy as Andy's friend's call her – is a saint, and one of the kindest women I know. Miss Wendy looked after Andy, me, and numerous other high schoolers at her house daily. She fed, cared, and looked after us as if we were her own. The values she instilled in all of us as children and teenagers remain with me, and Andy, to this day.

Before starting college, Andy and I traveled to Hawaii where we spent our time volunteering as YMCA camp counselors helping at-risk youth in Kona, Hawaii. Andy was an excellent role model for these children. I'm confident that all of the children we interacted with would tell you Andy was the best counselor due to his outgoing and understanding personality. Andy truly connected with and helped these children. I personally recall several situations where Andy was able to calm children out of violent episodes and turn fights into friendships.

Our friendship continued throughout college, where Andy and I were in the same fraternity at Florida State University. During this time, Andy continued to help others and was active in several philanthropic events, such as Dance Marathon. After college, Andy chased (and reached) his lifelong dream of becoming a firefighter. Andy and I have stayed close friends after college and law school. In fact, we both served as groomsmen in each other's weddings. Looking back, many of the important events of my life were spent with Andy, and I wouldn't have it any other way. We remain close friends to this day. Our wives are also close friends, and we both have infant children that I know will grow up together, and hopefully become as close as Andy and me.

All of that to say – I feel that I truly know Andy and the person he is. I also know that what happened in January 2021 was not the Andy I know, nor was it indicative of his lifelong character, and career, as a

public servant and helper. I believe what Andy has told me, that he went to Washington with the intent of exercising his first amendment right of speech and assembly. Unfortunately, Andy got swept into something more than he bargained or intended.  There is no excuse, Andy (and the others involved) made mistakes that day that I cannot and will not condone, nor will I attempt to excuse his actions.  But I know Andy, and I know that he made a mistake that day that is not indicative of his true, lifelong character.  I know that Andy sincerely regrets his actions and vows never to repeat them. I believe him.

Andy has a strong support system and I know he will be a model citizen, father, husband, firefighter, and friend.  I think it is for the benefit of the public, Andy's wife and daughter, and Andy himself, that this unfortunate mistake is addressed, resolved, and put behind him as soon as possible.  For these reasons, I would humbly request that you consider a lenient sentence for Andrew Williams.

Sincerely,

*/s/ Paul A. Bennett*
Paul A. Bennett









15/05/2006









# Character Letter 6:
# Jeffrey Branham, Esquire

# DEAN, RINGERS, MORGAN AND LAWTON

### A PROFESSIONAL ASSOCIATION
**ATTORNEYS AT LAW**

GOBLE D. DEAN [1913-2000]
ANDREW L. RINGERS [1937-2014]
DALE O. MORGAN (OF COUNSEL)
LAMAR D. OXFORD (OF COUNSEL)#
F. SCOTT PENDLEY (OF COUNSEL)*
WILLIAM E. LAWTON *##+++
JOHN D. ROBINSON
FRANK C. WESIGHAN +
JEFFRY J. BRANHAM +
JOSEPH R. FLOOD, JR.
S. RENEE STEPHENS LUNDY *
DOUGLAS T. NOAH
ALAN D. KALINOSKI +##**+++
JOHN M. JOYCE
G. CLAY MORRIS *
MICHAEL A. LOWE +
BRYAN A. LOWE +
GLORIA A. CARR
JOHN T. CONNER
GAIL C. BRADFORD
PATRICIA M. REGO CHAPMAN
JESSICA C. CONNER
JENNA M. WINCHESTER

MAIN OFFICE:
CAPITAL PLAZA 1
201 EAST PINE STREET, SUITE 1200 (32801)
POST OFFICE BOX 2928
ORLANDO, FL  32802-2928
(407) 422-4310
FAX (407) 648-0233
WWW.DRML-LAW.COM

**PLEASE REPLY TO MAIN OFFICE**

SATELLITE OFFICES:

FORT LAUDERDALE, FL 33301          JACKSONVILLE, FL 32207
(954) 315-3870                              (904) 371-1907
FAX (954) 302-7809                      FAX (904) 839-4089

SANDESTIN, FL 32550                    MIAMI, FL 33131
(850) 269-7215                              (305) 913-1797
FAX (850) 601-0898                      FAX (786) 410-0720

TAMPA, FL 33607
(813) 288-4686
FAX (813) 579-3634

MEREDITH L. McAVOY
IVELIS QUINONES
COURTNEY L. TOURNADE
GARY M. WHEELER, JR.
HANTON H. WALTERS
ALYSSA J. FLOOD
BRANDON T. ACEVEDO
MATTHEW J. CORKER +++

*        FLORIDA BAR BOARD CERTIFIED CIVIL
          TRIAL LAWYER
+        FLORIDA BAR BOARD CERTIFIED WORKERS'
          COMPENSATION LAWYER
#        FLORIDA BAR BOARD CERTIFIED
          APPELLATE PRACTICE LAWYER

##     ADMITTED TO THE DIST. OF COLUMBIA BAR
**      ADMITTED TO THE ILLINOIS BAR
+++    ADMITTED TO THE NEW YORK BAR

November 15, 2021

***Via e-mail only***
The Honorable Judge Dabney L. Friedrich
U.S. District Judge
c/o Vincent A. Citro
Law Offices of Horwitz & Citro
17 East Pine Street
Orlando, FL 32801

      Re:    *United States of America v. Andrew Williams*
              Middle District of Florida Case Number:  1:21-cr-45-DLF
              Sentencing Hearing Scheduled for January 27, 2022, at 11:30 a.m.

Dear  Judge Friedrich:

      I am a 40-year resident of Central Florida and a partner in the law firm of Dean, Ringers, Morgan & Lawton, P.A. I am married with five children and our children attended St. Margaret Mary Catholic School with Andy Williams. He also was a neighbor and we carpooled together for many years. On many occasions I coached Andy Williams during his participation in YMCA basketball, Little League and flag football for the Catholic Youth League.

      Andy Williams has spent many hours at our home and I watched him grow up into a fine young man. I also remain close friends with Andy's parents, and I have also stayed in contact with Andy as he worked hard to become a firefighter for the City of Sanford.

      I have always known Andy to be a kind and compassionate individual who was a very loyal friend to many. He is passionate and energetic in almost all he does. I have seen his compassion and loyalty result in his being a loving husband and father. He is always willing to

The Honorable Judge Dabney L. Friedrich
Re:  Andrew Williams
November 15, 2021
Page 2 of 2

reach out his hand to help others. I have never known Andy to be violent or aggressive. I believe his passion led him to make a poor choice by his participation in the protest on January 6, 2021, but I believe he has learned by his mistakes.

I believe strongly that Andy will continue to be an outstanding and productive citizen of Central Florida and will be a great asset to this community. I do not believe his jail time would serve as any benefit to our community. Therefore, I would ask you to be merciful in your sentencing of Andy Williams in this matter.

With best regards, I remain

Very truly yours,

Jeffry J. Branham

JJB/lw

# Character Letter 7:
# Jack Brennan, Esquire

December 23, 2021

The Honorable Dabney L. Friedrich
U.S. District Judge
C/O: Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 E. Pine Street
Orlando, FL 32801

Dear Judge Fredrich,

My name is Jack Brennan and I am an attorney in Orlando, Florida.  I have been a member in good standing with the Florida Bar since 2012 and am also admitted to practice before the U.S. District Courts for the Northern, Middle and Southern Districts of Florida.

Andrew J. Williams ("Andy") is a close friend that I have known for 30 years.  Growing up our families were members of the same church.  We both attended the elementary and middle schools associated with our church.  Andy I also went to college together and lived in the same building while there.  Andy and I have remained good friends throughout the years.

Andy comes from a very highly regarded and hardworking family.  They are pillars of the community.  Andy is no different.  He is a devoted father and family man.  His wife and young family are the most important people in his life.  His decision to become a firefighter is a prime example of his commitment to public service and desire to help others.  I have always known Andy to put others before himself and is always willing to help someone in need.  He absolutely loves being a firefighter, a calling that he may never be able to return to.  If he is given the opportunity in the future, I can guarantee that he will return to his firehouse and continue a life dedicated to helping others.  He is fun-loving and well-liked by everyone that he comes in contact with.  I have never known Andy to threaten anyone or do anything that endangered another person.

I understand that Andy has entered a plea of guilty to "parading, demonstrating, or picketing in a Capitol building."  I respectfully ask Your Honor for leniency when sentencing Andy.  He certainly made a mistake and has already been punished over the last year, notably being placed on leave from his firehouse.  His wife and young family deserve to have Andy at home working to provide for them and our community would be best served if Andy is able to return to his firehouse.  I assure Your Honor that Andy has learned a very serious lesson and if given leniency he will strive to do better.  I sincerely appreciate the opportunity to be heard and to speak on the good person that I know Andy to be.

Sincerely,

Jack Brennan

# Character Letter 8:
# Emily Crumit

The Honorable Dabney L. Friedrich, U.S. District Judge: c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801


Dear Judge Friedrich,

Hello, my name is Emily Crumit. I am a preschool special education teacher in Charleston, South Carolina. I am writing to you as Andy Williams' younger step sister. I would like to speak to Andy's character and provide some details surrounding his nature and disposition.

It's been 11 years since I first met Andy and my confidence in his character has and continues to remain unwavered. I was 14 years old when our parents married and, almost immediately, Andy began playing a very important and prominent role in my life. Allow me to explain further.

Andy is the most passionate person that I know. This passion shines through everything that he does, most specifically through his relationships with others and through his career. The thing about Andy, what you can tell within seconds of speaking with him, is that he has so much enthusiasm for whatever is happening around him. He is present in all conversation, persistent with his productivity, and loyal beyond measure.

Like many individuals, it took some time for Andy to decide which career path he wanted to follow. After careful reflection and exploration, he chose to pursue firefighting. He attended fire school at Seminole State College and following graduation, also became a paramedic. Throughout this big and exciting accomplishment(s), Andy's passion became even more apparent. Prior to graduation, his fire school held a family night. This event provided all the students' families the opportunity to not only celebrate the achievements of the soon-to-be firefighters, but to truly understand all the difficult, selfless, and dangerous situations first responders encounter and experience. The weekend was a pivotal moment in regard to my true understanding of Andy's occupation and the responsibilities it entailed. Andy was signing up to help, protect, and connect with others, all while risking his own safety. I find this selflessness, along with his enthusiasm, to speak volumes to his character in itself.

I remain so proud of Andy's dedication to his career. Being that I was in high school as he began his profession as a firefighter, I was able to witness his strong effort and work ethic. I grew to not only admire this, but to seek the same drive and enthusiasm in my own life path. Andy has been a brother, a friend, and a role model. Through his actions and his words, I've been successful in my own endeavors and I'm confident that such success can be largely attributed to him.

Being the oldest sibling, Andy has been able to serve as an example to not only me, but to his brother, Matt, and his step brother, Jackson. Further, he has influenced others outside of the family. He served as a Big Brother and mentored a young boy for quite some time. Being a diabetic and having learned to manage this health condition for most of his life, he is able to connect with and support others struggling with the same disease.

Andy's compassion and dedication to others are his most powerful and influential characteristics and I find them very important traits to consider.

I understand that Andy has entered a plea of guilty to parading, demonstrating, or picketing in a Capitol building. However, I do not find this to be an accurate representation of his character and morality. With all things considered, I'm hoping you can provide leniency when determining Andy's sentence.

Respectfully,

*Emily Crumit*

Emily Crumit

# Character Letter 9:
# Jackson Crumit

November 12, 2021

The Honorable Dabney L. Friedrich, U.S. District Judge:
c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.
17 East Pine Street, Orlando, Florida 32801

Dear Judge Friedrich,

My name is Jackson Crumit and I am Andrew Williams' step brother. I currently live in Atlanta, GA and work in Transaction Advisory Services at a large accounting firm.

I have known Andy for over a decade, as his mother and my father began dating nearly 12 years ago.

Over the years I've gotten to know Andy on a personal level and can guarantee that the extent of our relationship is not limited to the sole fact that our parents are married; he truly is a friend and I'm thankful for this, for not all blended families can say the same. As to Andy's character, I'd like to highlight first that he has a truly kind heart and has a unique ability to include and relate to people of all ages. This was initially evident to me when I first met him – I was a 16 year-old shy kid and was anxious beyond measure to meet Andy, a 21 year-old college kid who would eventually become my step brother. While some kids would look down upon a new and younger kid, especially after the toils of divorce, Andy welcomed me as if I'd been his brother for a lifetime. This warmth has continued to this day, whether it be by inviting me to concerts, reaching out to ask about how my college (and, later, my job) is going, or planning me on short notice a wedding party with my best friends (my wife and I's wedding was planned in 14 days when we found out her dad had cancer). It's hard to articulate how rare and important this was to me, but I can say he has always afforded the same to everyone he met.

Additionally, I'd like to highlight his greatest accomplishment which evidences his personality better than anything else: becoming a firefighter. It's incredible when someone figures out their purpose in life, and Andy found his in helping others. His selflessness and drive to be the best paramedic and firefighter he can be is contagious. His passion truly is his greatest trait.

I understand that Andy has entered into a guilty plea of parading, demonstrating, or picketing in a Capitol building. I ask you, Judge, to please impart leniency upon Andy during sentencing. As mentioned, his passion is truly his greatest trait, but his actions in January 2020 may prove that it can also be an obstacle. However, I guarantee his actions in January 2020 are not representative of and are vastly outweighed by the many ways in which Andy appropriately and positively channels this passion, evidenced by his proficiency as a firefighter/paramedic and most recently by being an amazing father to his daughter. I love Andy and believe that he will continue to be an asset to society moving forward.

I appreciate your time.

Sincerely,

Jackson Crumit

# Character Letter 10:
# Max Crumit, P.E.

Max D. Crumit, P.E.
1417 Druid Road
Maitland, Florida  32751

November 10, 2021

**Honorable Dabney L. Friedrich**
**U.S. District Judge**
**C/O** Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida  32801

RE:  Andrew Williams

Dear Judge Friedrich:

I am the stepfather of Andrew Williams (Andy), and I have known him for 14 years.  I am a licensed professional civil engineer in Florida and Texas and have served as president of a national engineering firm.  I currently own a storm water drainage manufacturing business, and I am in the process of acquiring an Ace Hardware store in Central Florida.

In the years I have known Andy, I can attest to his work ethic, discipline, strength of character, sense of family and community, and respect to law and order.  Andy's career choice was not a surprise to any of his friends or family members.  Andy has possessed a sense of service the entire time I have known him.  He volunteered with Big Brothers and mentored an underprivileged youth in Tallahassee and, another youth, here in Orlando.  Andy has also volunteered as a youth football coach.  Our entire family celebrated Andy's graduation from Fire College and paramedic school.  His work as a paramedic-firefighter is more than just a job; it is a salient part of who Andy is.  His dedication to his profession is second only to his dedication to God and family.

Andy's act of entering, and subsequently pleading guilty, to entering and parading in the Capitol is very out of character.  Andy has always respected civic and civil responsibilities, as well as, law enforcement.  Andy is a passionate and responsible individual that applies these traits to everything in his life including his religion, spouse, daughter, extended family, profession, friends, community, and volunteerism.  I humbly ask leniency toward Andy during the sentencing phase of this process.  I can attest to the remorse that Andy feels for his action on January 6th.  The results of these actions have taken a great toll on his self-esteem and ability to provide for his family.  Andy is a superb first responder, and he will definitely continue to be a valuable asset of the community when he can return to work.

Thank you, for your consideration of this letter.

Kindest regards,

Max D. Crumit, P.E.

# Character Letter 11:
# Wendy Williams Crumit

November 11, 2021


The Honorable Dabney L. Friedrich

U.S. District Judge

c/o Vincent A. Citro

Law Offices of Horwitz & Citro, P.A.

17 East Pine Street

Orlando, Florida 32801


Dear Judge Friedrich,


My name is Wendy Williams Crumit and I am Andrew Williams' Mother. I have been a realtor since 1984. In 1988 when Andy was born, I took 10.5 years off to be home with my sons. I went back to selling in 1998 and have been a full time, top producer for the past 15 years. I am writing you today to give you some insight into Andy's character so that you have a better understanding of him. I realize that I am his mother, or as my husband would say "a Mama Bear", however what I write in this letter is what I know of my son.


From the time Andy was born he has had a wonderful disposition. He has never met a stranger and is the type of guy who would give you the shirt off his back. Andy is extremely outgoing and has always had a wonderful group of friends, which is due to his loyalty as a friend. He is kind, compassionate, faith-filled, passionate, honest and hard working.


Andy went to St. Margaret Mary Catholic School from grades 1st through 8th and then went on to Winter Park High School. When he was 7 years old, he was diagnosed with Tourette Syndrome. Back then, we knew no one who had this, nor did we know anything about it. Andy had simultaneous tics. One sounded like a hiccup and the other was a head shake. Needless to say, this was not an easy thing for a second grader to go through. Through the Grace of God, we were introduced to a supplement drink loaded with vitamins and amino acids. He drank this drink everyday for 6 years and completely grew out of the Tourette's. Through all of this, Andy held his head up everyday and did not let his diagnosis get in the way of his life. During his years at St. Margaret Mary, I was in charge of cooking and feeding the men at the Coalition for the Homeless the first Wednesday of each month. Andy used to love to come after school and make peanut butter & jelly sandwiches and then if his scheduled allowed, he and his brother would come with our group to serve the men. Other ministries included serving at The Seniors Advent Dinner. Andy is a tremendous athlete and played many sports throughout his elementary and middle school years. Once he got into high school, he focused on football. During the summers his team would

have 2 practices a day. Andy always invited those who did not have rides home in between practices, to come to our house (we lived a block from the school) to swim in the pool and eat before the next practice began. While in high school, he started a lawn business in which he mowed 4 lawns every weekend. At age 15, Andy was diagnosed with Type 1 Diabetes. I will never forget that day. It also happened to be my birthday. We sat in the Endocrinologist's office for 4 hours learning how to count carbs, give shots, test blood sugar, etc. It was a very scary time. In Andy fashion, he came home and put one foot in front of the other and continued on with his life. He was back in school within a week.

After returning home from Tallahassee Community College, Andy was not sure what career path he wanted to take. During his time of discernment, he worked at several jobs including, valet, waiting tables at a high-end restaurant, working for a car dealer and a concrete company. He also volunteered as one of the coaches for the freshman football team. One of the greatest qualities of Andy is his compassion for others. This compassion is what drove him to his career as a firefighter- paramedic. Once he got into fire college he excelled academically and realized he found his calling. He was fortunate to be offered a job with the Sanford Fire Department and was the lead paramedic until January 6, 2021. During his time at the station, he had a calling to give back to the community so he enrolled in the Big Brother organization and mentored a young boy for over a year. During his time as a firefighter, he told me stories of patients he would rescue, who were having diabetic episodes. He encouraged them, explaining that he too, had diabetes and how important it was to take care of their body & blood sugars. Another time he was off shift and driving to our house. He witnessed a car crash into a tree. He jumped out of his car and rescued the woman inside who had a seizure. Turns out that woman used to be our neighbor. She found out who he was and contacted him to say thank you.

I am aware that Andy has pleaded guilty to parading, demonstrating, or picking in a Capitol Building. He has told me on numerous occasions walking into the Capitol was the worst decision of his life. I know Andy is truly remorseful and this was not his intention at all when he went to Washington DC on January 6th. I believe he got caught up in the moment which is absolutely no excuse for breaking the law. There is never an excuse for breaking the law and I believe he knows that.

Judge Friedrich, I ask you from the bottom of my heart, leniency toward Andy's sentencing. He has a beautiful wife (Becca), a 16-month-old daughter, Ellie and they are expecting a new baby in April. Andy is a fantastic father and spends a significant amount of time with Ellie as Becca is finishing up her master's program in Speech Pathology. Not working this past year as a firefighter-paramedic has taken a toll on him and I worry if he were to get jail time, what that would do to he and his family. He is such a good person with incredible morals. He made a huge mistake on January 6th and I know he is truly sorry. Please have mercy on him.

With kind regards,

Wendy Williams Crumit

# Character Letter 12:
# William and Kimberly Daly

November 11, 2021

The Honorable Dabney L. Friedrich, U.S. District Judge

c/o Vincent A. Citro

Law Offices of Horwitz & Citro, P.A.

17 East Pine Street

Orlando, FL  32801

Re: Andrew Williams

Dear Judge Friedrich,

My name is William J. Daly and my wife's name is Kimberly Daly. I am the Chief Financial Officer and a Principal of TLC Engineering Solutions, Inc., a national engineering firm based in Orlando. My wife is the Administrative Assistant to the Principal of St. Margaret Mary Catholic School in Winter Park.

We have known Andy Williams, his mother, father, and stepfather for decades. We have socialized numerous times at both their house and our home. We also attend St. Margaret Mary Church together in Winter Park.

We know Andy as a compassionate and spirited young man with a zest for life. Andy is engaging, kind and generous of spirit. My fondest reflection of Andy is how, when he was in High School and playing for Winter Park High School, he took time out to help me coach flag football at the Winter Park YMCA. Andy gave generously of his time and provided a fine example of being a dedicated student athlete to those young boys.

My wife and I are aware that Andy pleaded guilty to "parading, demonstrating, or picketing in a Capitol building.

I respectfully request that you consider the maximum leniency when determining Andy's sentence. Andy understands that he made a grave error in judgment. Andy has demonstrated service to the people of Seminole County and has demonstrated that he has grown to be a fine man, a loving husband, and a wonderful father.

Regards,

William J. and Kimberly Daly

Winter Park, Florida

# Character Letter 13:
# Grant Downing, Esquire

# GRANT T. DOWNING
222 WEST COMSTOCK AVENUE
SUITE 101
WINTER PARK, FLORIDA 32789
Telephone (407) 647-4418
gdowning@gdb-law.com

November 17, 2021

The Honorable Dabney L. Friedrich, U.S. District Judge
c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

      Re:    United States v. Andrew Williams
               Criminal Case No. 1:21-cr-45-DLF

Dear Judge Friedrich:

My name is Grant Downing and I am an active member of the Florida Bar practicing commercial real estate law in Winter Park, Florida. As additional background, I was born in Washington D.C. in 1957. At the time of my birth, my father was an agent for the F.B.I. in the Washington Field Office and my mother worked in the Offices of Joint Chiefs of Staff for the Air Force. After moving to Miami as a small child, we spent many summers in the Washington area when my father returned to Quantico for in service training. I also had a relative who served twelve years in the United States Congress.

I offer my brief personal history in order to let you know that I am sensitive to the circumstances which led to Andy's sentencing and have weighed many factors in offering this letter attesting to Andy's good character and requesting leniency in connection with Andy's sentencing.

I have known Andy and his family for over 25 years. Our three boys grew up with Andy from elementary school through Andy's days at Florida State University. He was always thoughtful, polite and courteous. I attended his wedding and have watched him become a caring, responsible husband, father and member of the Sanford Fire Department. More importantly, I have spoken to Andy and his family subsequent to his arrest and he is, in my opinion, again the same person I knew growing up and as an adult, husband and father.

I understand that Andy's Plea Agreement is limited to one misdemeanor charge of "Parading, Demonstrating, or Picketing in a Capitol Building" which carries, among other things, a maximum of six months of imprisonment.

Although this is well outside of my reach, and I have never done it for anyone in the past, I would request leniency in Andy's sentencing. Since his arrest, his family has held on to their mental, physical and financial wellbeing by a thread. It has not been easy. They have all suffered, and Andy has suffered with them. I fear that any prison time at this point would literally crush his family. I would hate to see that happen over a single misdemeanor charge. I believe that Andy now fully understands the consequences of his behavior as well as the impact that it has had on his wife, child, family and friends.

I thank you in advance for giving me the opportunity to offer this letter in connection with Andy's sentencing.

Sincerely yours,

Grant T. Downing

# Character Letter 14:

# James Dwyer

The Honorable Dabney L. Friedrich, U.S. District Judge:
c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.
17 East Pine Street, Orlando, Florida 32801

Dear Judge Friedrich,

My name is James Dwyer, and I am a Senior Project Manager at Brasfield & Gorrie, LLC. I am a happily
married dad to a 2-1/2-year-old girl and we have a son on the way. I have known Andy for most of my
life and this letter is my personal character reference for him.

I first met Andy in an ant pile at Phelps Park in Winter Park, Florida. We were curious toddlers at the
time, and our moms had brought us to the park to meet with a new play group. Our families did not
know each other before that day. While they were busy talking with the other moms, Andy and I
managed to find our way into the Fire ant pile and they both ran over to the sounds of us crying. Ever
since that fateful day, I have been fortunate to call Andy My Best Friend and our moms can say the same
about their friendship.

I have literally grown up with Andy and he has always been one of the most kind and thoughtful people I
know. When I had shoulder surgery in high school, he was the first person to check in on me; and when I
returned to school, he would make sure that the herds of other students would not bump into me as I
made my way to my next class. Andy has always looked out for others, and I believe that is a big part of
why he chose to become a firefighter. He loves his job, and he is willing to put his life on the line to help
or save complete strangers.

I am aware that Andy has entered a plea of guilty to parading, demonstrating, or picketing in a Capitol
Building. I do not condone what happened that day, but I truly believe that my friend got caught up in
the moment and made some poor decisions. He has been living with the consequences of his actions
and it has hurt me to watch how this has affected him, his family and the community that supports him.

Judge Friedrich, it is my sincere hope that you take my letter into account and consider leniency when it
comes to his sentencing. Andy is an awesome husband to Becca and an even better dad to Ellie. I believe
he has learned a lot from his mistake, and he will continue to grow from it. He is a good person with a
big heart, and I know he will prove that moving forward.

Sincerely,

James Dwyer

# Character Letter 15:
# Susie Emons

November 16

The Honorable Dabney L. Friedrich
U.S. District Judge
%Vincent A Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida  32801


Dear Judge Friedrich:

My name is Susie Emons.  I have lived in the Winter Park area  for the past 37 years.  I work for
AstraZeneca Pharmaceuticals and have been in pharmaceutical sales for the past 34 years.

 I am a personal friend of Andrew Williams and his family.  I have known Andy for 25 years.
Andy went to St. Margaret Mary with my oldest daughter.  The Williams family actually lived on
the same street as my family for several years.  We carpooled together and I watched Andy
grow up over the years.  He is a dear friend to my daughter and like a big brother to my son.

I believe Andy is a very good and decent man.  He is a wonderful father and son.  As you may
know, Andy was a firefighter and he was so proud of this profession.  He worked long and hard
to obtain this position and he truly loved helping people, especially those in distress.   Even at a
young age, Andy was known for helping elderly neighbors with their household chores.
Whether it was cutting their yards or helping to string Christmas lights, Andy was more than
willing to help.  This has continued into his adult life, as he is always willing to help a person –
or a stranger in need.

While I am aware that Andy has entered a plea of guilty to "demonstrating in a Capitol
building," I don't believe that shows his true character.  I was saddened to hear of this news
and I know how much Andy regrets this act.

Judge Friedrich, please, I ask for your leniency from you when it comes to Andy's sentence.

Thank you so much for your time and attention in this matter.

Very truly yours,

Susie Emons

# Character Letter 16:
# Andrew Fox

November 10, 2021

The Honorable Dabney L. Friedrich
U.S. District Judge: c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street, Orlando, Florida 32801


Dear Judge Friedrich,

My name is Andrew Fox, I am born and raised in Orlando and I am an Employee Benefits Consult.  I have personally known Andrew Williams for roughly 28 years and went to school Catholic school together for 8 years and college as well and we continue to be close friends to this day.  I have always thought of Andrew to have a kind soul and that has been exhibited throughout our 25+ year relationship dating back to elementary school.  Through all fazes our of life, Andrew has always conducted himself in a manner that put others first.  Andrew's thoughtfulness and generosity has always been present in our friendship and it also is present with his wife Becca, Daughter Elle and the rest of our community.  There are many anecdotes I can share that speak to his character but ultimately his decision to choose a career as a public servant speaks for itself.  For roughly 10 years, Andrew had his sights on becoming a Firefighter and untimely through determination and hard work his dreams came true.  Many people dream of lavish lifestyles, but Andrew's dream was to put himself in harms way to help others and serve our community as a Firefighter/Paramedic.

I understand Andrew entered a plea of guilty to "parading, demonstrating, or picketing in a Capitol Building."  2021 has been rough on Andrew, his pregnant wife and daughter Elle.   In my correspondence with Andrew, he has been deeply remorseful for his actions and he and his family have already been penalize by his suspension and altering their lifestyle.  Based on Andrew's desire to help and put others first, I ask that you consider a lenient sentence.

Regards,
Andrew Fox

# Character Letter 17:
# Rita and Howard Giordano

# *Rita A. Schoeller Giordano*

**242 Via Perignon**                                         **Tel #239-455-3320**
**Naples, FL 34119**                       **Email: mrsdunner@aol.com**

The Honorable Dabney L. Friedrich
U.S District Judge
c/o Vincent A.Citro
Law Offices of Horowitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

 Re:  United States of America v. Andrew Williams Middle District of Florida
        Case Number 1:211-cr-45-DLF Sentencing Hearing Scheduled for
        January 27th, 2022

Dear Judge Friedrich,

Andrew Williams is my grandnephew and his mother, Wendy Williams Crumit, is my niece and also my goddaughter.  I have watched Andy grow up and have always been so proud of him and his achievements. He is a kind and thoughtful person who goes out of his way to show compassion and willingness to help those in need. Andy found perfect employment as a firefighter and was licensed to perform EMS. Andy and Becca were married two years ago and have a beautiful little girl and expecting their second in the early Spring of 2022. I remember when Andy was a teenager and was diagnosed with juvenile diabetes. That is not easy for a young person to deal with, but he always had a positive attitude and faith in God. He would not let this disease deter him from moving forward with his life.

I have prayed for Andy every day and have asked God to bless him and his family. I now ask you, Judge Friedrich, to be lenient in his hearing. I know about his plea, and I am convinced had he been at the Capitol at the time of the mob rioting, he would never have entered the building. May God bless you and guide your decision.

Respectfully,


Rita & Howard Giordano

# Character Letter 18:
# Sandra and Rick Harvon

Sandra and Rick Havron
1855 King Arthur Circle
Maitland, FL  32751


December 10, 2021

The Honorable Dabney L. Friedrich
U.S. District Judge: c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street, Orlando, Florida  32801

Dear Judge Friedrich:

We are writing this letter on behalf of Andrew (Andy) J. Williams.  We have lived in
Maitland for over 30 years, where Rick has been in the Insurance profession.  We are
active members of First United Methodist Church and our local community.  Most of all,
we have been friends of the Williams family for approximately 20 years.  Andy went to
school with and is a friend to our children.  We watched him graduate from high
school. We celebrated with him at his wedding and the birth of his daughter.  We know
first-hand that he comes from a kind, loving, Christian family and Andy shares these
values.   His generous heart and wit has led him to be a friend to all.

Additionally, Andy has always had a strong work ethic.  During high school, through
hard work and training, he became an integral part of a winning football team.  He not
only played on the field, but his effervescent personality contributed to overall school
spirit.  He didn't want to win for himself, but for Winter Park High as a whole.  When
he made the decision to be a firefighter, it was to help others.  Even through an injury
to his knee, he worked and trained hard until he graduated as a firefighter.  His
positive personality is what makes him exceptional at his job.  He isn't a firefighter for
himself, but because he truly cares for others.  Even through this last year when he has
not been employed as a firefighter, he has worked hard every single day building
cabinets, because his heart is not about himself, but his family.

 We have all seen the images of what happened on January 6, 2021 in Washington, D.C.
and never want to see that again in our democracy.  We know Andy has taken
responsibility for being there and has entered a plea of guilty to "parading,
demonstrating or picketing in a Capitol building."   We ask for leniency when you
sentence Andy so he can continue to work hard for his family and others in the
community.

Sincerely,

Sandra and Rick Havron

# Character Letter 19:
# Cabot Jaffee, Ph.D.

# Cabot Jaffee, PhD

850 Brightwater Circle, Maitland, FL 32751 | (407) 647-1505 | cjaffee@alignmark.com

**12/15/2021**

The Honorable Dabney L. Friedrich
U.S. District Judge
c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

Dear Judge Friedrich:

I am privileged to write a letter in support of Andrew Williams and his character.  I am an Industrial and Organization Psychologist who has assessed millions of individuals throughout the world for the purpose of profiling them for a variety of reasons.

I have watched Andrew grow up into a fine young man since he became friends with my son in High School almost 15 years ago.  Andrew has spent 100s of hours at our house with me, and in our company at various events.  Over the years I have watched Andrew engage in selfless actions numerous times.  From the simplest example of helping someone he doesn't even know move a piano, to more significant examples such as his career choice as a firefighter.

Andrew is a very kind and generous person who loves his family and friends.  I have never seen any aggression or malice in any interaction he has had.

I do know and understand that Andrew has entered a plea of guilty to "parading, demonstrating, or picketing in a Capitol building."  I am an individual that has spent a 40-year career getting to know people and understand their behaviors, I know that Andrew is kind and giving and a good person.  I know he understands and is remorseful regarding his actions. Andrew is an asset to have in any community in which he lives, so I ask you to consider leniency when it comes to your sentence.

Thank you in advance for your thought and consideration.

**Sincerely,**

**Cabot Jaffee, PhD**

# Character Letter 20:
# Cabot Jaffee, III

The Honorable Dabney L. Friedrich, US District Judge
c/o Vincent A. Citro, Law Offices of Horowitz & Citro, P.A.
17 E Pine Street, Orlando, FL 32801

Dear Judge Friedrich,

My name is Cabot Jaffee III and I am writing you on behalf of one of my best friends, Andrew Williams. I am born and raised here in Central Florida. My wife and I live in Maitland, in the town I grew up, with our son Chip (Cabot Jaffee IV – 8 months old). I am 33 years old and work in commercial real estate as a Vice President at CBRE in Downtown Orlando.

I have known Andy for a very long time as we played football against each other in high school, but we didn't become close friends until after college in 2011 when I moved back to Central Florida after graduating from Wake Forest University. During those years, Andy and I became very close, hanging out on the weekends or after work, going to sporting events in Orlando, etc. In 2016 we became roommates, renting a house from my Uncle on the Winter Park Chain of Lakes. We lived together for about 3 years. During that time, Andy was dating his now-wife Becca and I started dating my now-wife Carey. By the end of our 3-year stent as roommates, our tiny 2/2 apartment was home to Andy, Becca, their golden doodle Fozzy, and me, Carey, and our Rottweiler, Tuna. It was a packed house! I still remember the day when Andy called a "house meeting" to let Carey and me know that they were pregnant with their daughter Ellie who is now a 1-year-old (I can't believe how the time has flown by). Now, my son is 8 months, and he and Ellie are the best of friends.

Andy is one of the most genuine, caring people I know with an enormous heart and a real talent for helping people, which is probably why he has made such an amazing firefighter and paramedic. For the last 10 years he has been the go-to person to call if anyone is ever in need of help or a favor. Could be as small as needing some help moving some furniture or needing a tow because your car is broken down on the side of the road. Andy will always drop what he is doing and show up to help. I believe who a person is as a friend says a lot about their character and Andy is one of the most loyal, selfless people I know.

I know that Andy has entered a plea of guilty to parading and demonstrating or picketing in a Capitol building. This is the first time that I have written a letter like this, so I am uncertain of the proper protocol in this situation. You don't know me or my family at all, but I am begging for leniency from you when it comes to Andy's sentencing. He has a 1-year-old daughter and wife who is pregnant at home and the last 11 months has been tough on them with Andy being put on un-paid administrative leave at work. He is an amazing father, husband, community servant, and friend. If he wasn't such a good firefighter/paramedic then he wouldn't have the support from his battalion here either. Please let me know if I can be a character witness for his sentencing next month or if there is anything I can do in the interim that would positively affect his judgement. I can be reached at 407-493-6075.

Sincerely,
Cabot Jaffee

# Character Letter 28:

# Joy McGratty

11/14/21

DEAR Judge Friedrich,

My name is Joy McGratty. I'm 73 yrs. old. I'm a college graduate, First in my family. Taugh School Out OF college (1970-73). Have done numerous things in my life, As a mother OF 3 Grown children, I am active in my 4 grandchildrens lives. I currently take care of peoples dogs, at my house, as they travel.

I have known Andy since he was a young boy. His mom + Dad are our best FRIENDS. His DAD And I attended High School together. We watched Andy as he grew up. We attended many OF his sporting events. We were at his graduation From Florida Fire College.

Andy is the type OF young man that helps OTHERS, when no one sees. He's the kid that sits with the person at lunch, who is alone. I've seen him tackle an opponent on the field OF FOOTBALL, then Lend a hand, to help him up. He's a wonderful

husband, Father (1 daughter and 1 on the way) Son, Brother and friend. He's passionate about his life and country. Thats why he's a fire fighter in Sanford. Fl. and a paramedic. Passion + love!

I am aware that Andy has entered a plea of guilty to "parading, demonstrating, or picketing in a Capitol building."

Judge Friedrich, I know Andy is so sorry. He made a stupid decision on Jan. 6. He knows it and regrets it, every day. Sending him to jail, will break him. please consider probation and a Fine. I can assure you, he's learned his lesson. I know you have a responsibility to do whats best and I appreciate your job as a Judge.

Thanks for reading my letter about Andy!

Sincerely -
Joy A. McGrattly
(407-712 4394)

# Character Letter 21:
# Robert and Bernice Kederick

# Robert and Bernice Kederick

2305 Smiley Avenue
Winter Park, FL  32792
407-340-7784

December 6, 2021

The Honorable Dabney L. Friedrich
U.S. District Judge
c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, FL  32801

> Re:  United States of America vs Andrew Williams
> Middle District of Florida Case Number 1:21-cr-45-DLF
> Sentencing Hearing Scheduled for January 27, 2022, at 11:30 a.m.

Dear Judge Friedrich:

We are writing this letter as long-time family friends of Andy Williams to help him in any way possible for his hearing on January 27, 2021. I am an owner of a Sales and Consulting Company, Kederick & Associates, for over 30 years. My wife, Bernice Kederick, has worked as an accountant and full-time Mother for the past 30 years and has been employed as Accountant for the past 7 years at Monarch Learning Academy in College Park, Florida.

We met Andy and his family in 1995 at St. Margaret Mary Catholic Church in Winter Park. Our children attended Preschool at Winter Park Methodist and then went on together to St. Margaret Mary School and Winter Park High School and FSU together. Over the years we have carpooled together, had vacations together and attended endless sporting events together. Our children have played together as neighbors and friends, as teammates, attended church together, camps together and volunteered many hours together. Needless to say, we consider ourselves very close friends with the Williams and feel we know Andy very well.

Andy has always had a personality that stands out in a crowd. He is kind, confident, athletic, funny and a leader. We have seen Andy volunteer for many years feeding the homeless alongside his family. He has mentored young boys in sports (including my younger son, Tad) and helped coach football. He mentored a young boy through the Big Brother Organization.

When Andy decided to be a Fireman, we knew this was the right path for him. We also knew he would be a great Fireman.  We know he has the confidence, kindness, and leadership abilities that it takes.  Today Andy is a loving husband and doting father. In this past year, Andy has had a lot of time to spend with his daughter Elle. He loves to take her to the Science Center, Go Carting and the Park. It is wonderful to see him with his daughter and all the love he has for his family.

We realize that Andy has been charged and pleaded guilty to "parading, demonstrating or picketing in a Capital building". We do not support what Andy did and disagree with his actions very strongly.  We have expressed our disappointment to Andy and the pain it caused his family. We have personally spoken with Andy about this, and he admitted to his fault. He is very sorry for that last minute and unplanned decision to enter the Capital. He is also sorry for all the emotional distress it has caused his family.

We ask that Judge Friedrich to have leniency on Andy.  He has paid a price for that decision this past year. He lost his position as a firefighter, has been ostracized by the public in the media and social media. But he has stepped up and stayed strong for his family and found a job and kept his head up. We do not feel that a jail sentence would benefit anyone in this matter. Andy is a kind, loving, strong person who gives back to society as a firefighter, volunteer worker, husband, and most of all a loving father.

Thank you for your consideration,


Robert Kederick                                  Bernice Kederick

# Character Letter 22: Michael and Christine Kirchner

November 22, 2021

**Honorable Dabney L. Friedrich**
**U.S. District Judge**
**C/O** Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

      **RE: Andrew (Andy) Williams**

Dear Judge Friedrich:

My wife, Christine Kirchner, and myself have lived in Winter Park for over 30-years. It is a great community and a great place to raise a family. Having four children who attended local schools, we have known Andy Williams for over 20 years and are close friends with his parents Wendy and Danny. They were wonderful parents and raised two fine sons. Andy grew up in Winter Park, and he attended Saint Margaret Mary grade school and went on to graduate from Winter Park High School.

Andy found his calling in our community with a great desire to serve others. To do so, Andy went back to school and graduated from Florida State Fire College and paramedic studies. He is currently employed at a door and window company. As you know, EMS workers are first responders and are here to save lives. Andy has truly found his calling and is greatly admired by his Chief and fellow workers. He is a family man with a beautiful wife and child and has another on the way.

We know that Andy has entered a plea of guilty to parading, demonstrating, and picketing in a Capitol building. My wife and our entire family are asking for leniency for this fine young man. He is an integral part of the community and a dedicated father and husband. With his importance as an EMS provider, his ability to help and assist people in need is self-evident.

Sincerely,

Michael Kirchner

Christine Kirchner

# Character Letter 23:
# Frank Lovaglio



## Security Financial Management

November 19, 2021

The Honorable Danny L. Friedrich, U.S. District Judge
c/o Vincent Citro
Law Office of Horowitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

RE: Unites States vs. Andrew Williams
Criminal Case No. 1:21-cr-45-DLF

Dear Judge Friedrich,

My name is Frank Lovaglio, and I am a Registered Financial Consultant in Winter Park, Florida, and Managing Equity Partner of Security Financial Management.

I have personally known Andy Williams and his family for over 20 years. I understand that Andy's Plea Agreement is limited to one misdemeanor charge of "Parading, Demonstrating, or Picketing in a Capitol Building". Although I do not agree with the actions performed by Andy, I believe any prison time for a single misdemeanor, would be harsh and do more harm than good for this individual. Andy is guilty of getting "caught up in the moment" and has extreme remorse over it.

Andy and his families' faith have sustained them since his arrest. They are very active members of Saint Margaret Mary Church where Andy has been born and raised. Our children have grownup together and watched how Andy courageously handled his diagnosis of Type 1 diabetes. That was a difficult time for he and his family as they navigated their way to manage his heath with shots, diet, etc. Today, Andy is a loving husband and father to a beautiful 1 year old daughter with another on the way!

Thank you for the opportunity to write this letter on Andy's behalf.

Sincerely,

Frank S. Lovaglio, RFC®
Managing Equity Partner of Security Financial Management

**ORLANDO**
2420 S Lakemont Avenue
Suite 120
Orlando, FL 32814
Tel:  407.644.4686
      407.740.6553
Fax:  407.740.5131

SFMadvisorgroup.com

Securities offered through Concourse Financial Group Securities, Inc. (CFGS), Member FINRA/SIPC.
Advisory services offered through Concourse Financial Group Advisors, a DBA for CFGS, a Registered Investment Advisor.
Security Financial Management, is independent of Concourse Financial Group Securities, Inc.

**MELBOURNE**
8245 Devereux Drive
Suite 103
Melbourne, FL 32940
Tel:  321.383.8815
Fax:  321.632.1100

# Character Letter 24:

# Sharon Maier

November 12, 2021

The Honorable Dabney L. Friedrich, U.S. District Judge

Dear Judge Friedrich,

My name is Sharon Maier, I am retired and live in New Smyrna Beach, FL with my husband Thomas. We lived in the Orlando, Winter Park area for over 30 years.

I have known Andy for about 23 years. He attended St. Margaret Mary Catholic School with my two daughters who were about the same age as Andy.  Our families spent a lot of time together through the years at sporting events, school events and holidays.

Andy was always available to lend a helping hand when needed. He volunteered at our church in feeding the homeless and helped coach the basketball teams at St. Margaret Mary Catholic School to name a few. He is an honest young man and I feel a person with good moral character.

I know that Andy entered a plea of guilty to parading, demonstrating, or picketing in a Capital building. I would like to ask for leniency when it comes to your sentence. I believe Andy, feels it was the worst mistake of his life and has regretted it ever since.

Thank you for your time.

Yours Faithfully,

Sharon Maier

Sharon K. Maier
843 Evergreen St.
New Smyrna Beach, FL 32169

# Character Letter 25:

# Thomas Maier

11/11/21

The Honorable Dabney L. Friedrich

U.S. District Judge


Dear Judge Friedrich,

My name is Thomas Maier.  I am the General Sales Manager of Headquarter Honda in Clermont Florida. I was also the volunteer basketball coach at St. Margaret Mary Catholic School in Winter Park for grades 6 thru 8 for 12+ years.

I have known Andrew (Andy) Williams since 1998.  Andrew attended St. Margaret Mary Catholic School as was involved in many school activities, church activities and well as boy's basketball.

Andy was always upbeat and positive.  He was always respectful of his teachers and coaches.  Although I was not Andy's Head Coach, I watched him become a great teammate to those around him.  As I was coaching his younger brother, Matt, Andy would assist me at practices and occasionally at games.  The younger players watch his upbeat, positive attitude while assisting in practices.  Always finding something good to say to a player to "pump" them up.  Reinforcement from a coach, or parent is great – but when reinforcement comes from an older player it's fabulous.  Andy volunteered to keep score at games and when not needed was a vocal supporter from the stands.

I understand that Andy has entered a plea of guilty to parading, demonstrating, or picketing in the Capitol building.  I ask for leniency when it comes to his sentencing.

Thank you for your time … Respectfully,



Thomas A. Maier

843 Evergreen Street

New Smyrna Beach, Fl 32169

(407)782-0222

# Character Letter 29:
# Matthew McKeever

**Matthew McKeever,** CCIM, SIOR
Executive Managing Director | Central FL
Office Services

255 S. Orange Avenue
Suite 1300
Orlando, FL 32801

Direct: +1 407 362 6137
Mobile: +1 407 927 2006
colliers.com



December 13, 2021

The Honorable Dabney L. Friedrich, US District Judge
c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.
17 E. Pine Street
Orlando, FL 32801

Dear Judge Friedrich:

My name is Matthew McKeever. Watching Andrew Williams in grade school with my two sons and all the other kids, you knew he had a heart of gold. And it continued during his high school years and since. He always set a good example for the others in school and outside the classroom.

I know that Andrew entered a plea of guilty to "parading, demonstrating, or picketing in a Capitol Building.

Your Honor, I am asking for leniency in his sentencing hearing.

Sincerely,

Matthew McKeever

# Character Letter 26:

# Kevin McClanahan

November 10, 2021

The Honorable Dabney L. Friedrich, U. S. District Judge:

c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.

17 East Pine Street

Orlando, Florida 32801

Dear Judge Friedrich,

My name is Kevin McClanahan, Sales Manager for Fannie Hillman + Associates in Winter Park, Florida. I was born and raised in Winter Park and have been involved in the Community for many years. I am currently a member of the Park Avenue District Board, Leadership Winter Park Class of XXXII, among others.

I have known Andrew Williams for 25 years.  He too grew up in the Winter Park Community and I am very good friends with him, his wife, his brother, his mother, father, and stepfather.  They are good Christian people who attend St. Margaret Mary Church in Winter Park every week.

Andrew is a hard-working good person, loving father of one and one on the way, a loving husband and overall, an unbelievable family man. He was a first responder with The Sanford Fire Department where he put himself in danger every day to help those in need. He was very involved in the Big Brother Program for 2 years where he mentored young youth, and he served at the Coalition for the Homeless in Orlando.

I know Andrew has entered a plea of guilty to "parading, demonstrating, or picketing in a Capitol building" but I also know Andrew is passionate about many things, but he knows that breaking the law is never acceptable. Andrew's passion is what lead him to the Capital building that day and he realizes it was the worst mistake of his life.

Judge Friedrich, I am asking you for leniency on Andrew during the sentencing part of this nightmare. He is a hardworking, faith filed, loyal friend who got caught up in a moment that he and his family are dearly paying for. I ask that you give this wonderful guy another chance in hopes he can be reinstated as a Fireman with the Sanford Fire Department, a job he misses so much and to be there when his unborn baby is born in April 2022.

Sincerely,

Kevin McClanahan

# Character Letter 27:
# Gerald McGratty, Jr.

November 11, 2021

The Honorable Dabney L. Friedrich
U.S. District Judge
c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

Dear Judge Friedrich,

It is fitting that I write to you on this date, Veterans Day. 2021. I am a U.S. Marine who proudly
served our great country in Viet Nam and was highly decorated in helicopter service.  After
Discharge, I opened my own Commercial Real Estate Business here in Central Florida and I am
still practicing to this day. I also serve on the University of Central Florida Foundation Board
and have since 1976.
I have known Andrew Williams since he was born and was highly honored when he chose me to
be his sponsor at his Confirmation in the Catholic Church. I attended as many of his High School
football games as possible and was always impressed how hard he played and left everything on
the field at the end of the game. I was also lucky enough to attend his graduation ceremony from
the Florida Fire College where he excelled and began his career in public service.
After joining the Sanford, Florida Fire Department he wanted to be more helpful to his
community, so he was schooled as a Paramedic. He has helped innumerable people in such
capacity. I have personally attended events that involved many members of the Sanford Fire
Department and Andrew garners a very high level of respect from all those professionals that he
works with.
I am aware that Andrew has pleaded guilty to "parading, demonstrating, or picketing in a Capital
building" He is very sorry for what he did and wishes he could undo the incident in which he was
involved.
Judge, if you can find it in your heart on this Veterans Day, I plead for leniency for Andrew
Williams. I have never asked for anything more from my country for my service, but I feel
compelled to request this now.
I want to thank you in advance for your consideration and pray that God will continue to Bless
these United States of America.


Sincerely,
Gerald R. McGratty, Jr.



Jerry McGratty
Westhampton Realty, Inc.
120 Shell Point West
Maitland, Fl. 32751

# Character Letter 30:
# Clay Patterson, Esquire



November 10, 2021

The Honorable Dabney L. Friedrich
U.S District Judge
℅ Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

      Re: *United States of America v. Andrew Williams*
      Middle District of Florida Case Number 1:21-cr-45-DLF

Dear Judge Friedrich:

My name is Clay Patterson. I am an Orlando entrepreneur and attorney born and raised here in Orlando, Florida. I have known Andy Williams for over 20 years. I know him and his family very well and consider him a best friend. Andy is one of the most kind hearted, good spirited people I know. He is a loyal friend, father, and husband to his wife. He has always been there for me and I hope I have done the same for him.

It has come to my attention that Andy has pleaded guilty to "parading, demonstrating, or picketing in a Capitol Building". This is not the forum for a discussion of the merit of all this but I can assure you that Andy had no intention to cause harm or to violate the law during the day that the incident occured.

As an attorney, I know how difficult your job is. I am hoping that by showing my support for the merits of Andy's character, the sentencing will be favorable for him and allow him to take care of his child, Elle, and his soon to be born baby. I know he greatly regrets his actions and know that what he has gone through the last few months has changed him for the better when it comes to thinking through potential consequences of his actions.

I wish you and your family the very best as I know your job is not easy. Thank you for doing what you do and for serving our country in the manner which you do!

Sincerely,

*/s/ Clay Patterson* _____.
      Clay Patterson, Esq.
      Digital Space Marketing, PLLC
      2233 Lee Road, Suite 202
      Winter Park, Florida 32789
      E: clay@digitalspacemarketing.com

# Character Letter 31:

# James and Cynthia Patterson

**From:**       Cindy Patterson
**To:**         Vincent A. Citro
**Subject:**    Andrew Williams
**Date:**       Monday, November 15, 2021 7:52:54 PM

CAUTION: This email originated from outside of the organization. Do not act on requests, click links or open attachments unless you recognize the sender and know the content is safe.

Dear Judge Friedrich,

We are writing you as friends of Andrew Williams. We do know that Andrew ( we will call Andy) has entered a plea of guilty to " parading, demonstrating, , or picketing in a Capitol building".

Let me introduce myself and wife to you. My name is James Patterson, I am retired from 27 years with Bristol Myers Squibb Pharmaceuticals. I am currently CEO of Tomahawk Consulting Company. My wife, Cynthia Patterson is retired from Medi-Call Pharmaceutical. We are parents of three adult children, and grandparents to six grandchildren in Maitland, Florida.

We have known Andy for 20 years plus. Andy was one of our sons best friends over these years. We would like to share with you the heart of Andy. One difficult situation that has touched our lives is when our son was diagnosed with Cancer at 26. Andy stuck with our son through out his months of chemo. Andy was a compassionate, caring friend. His visits at chemo, sitting with Clay will always be cherished. A true Angel from above.

We were part of Andy's wedding, birth of his first daughter and looking forward to his second child's birth in a few months. My wife, Cindy, as many wonderful memories teaching " Ellie" their first child swimming. I'm giving you years of times together to show you the situation he got "wrapped up" in was out of character. We love this boy like a son and are hurting for all involved.

We are asking with much heart and soul to please give leniency to Andy. We know if minutes could be " undone" this situation would have a different outcome. Knowing he is a father of one baby girl and one on the way breaks his heart and ours. He has served our community with protection, commitment and sacrifice as a Fireman.

Sincerely, James and Cynthia Patterson
410 West Trotters Drive
Maitland, Florida

Sent from my iPad

# Character Letter 32:

# Maureen Rabazinski

Maureen Rabazinski, APRN
2097 Poinciana Road
WInter Park, FL  32792
(407) 304-6274

November 17, 2021

The Honorable Dabney L. Frieddrich:
c/o  Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.,
17 East Pine Street
Orlando, FL 32801

            Re: United States of America v. Andrew Williams
                Middle District of Florida Case Number 1:21-cr-45-DLF
                Sentencing Hearing Scheduled for January 27, 2022, at 11:30 a.m.

Dear Judge Friedrich:

    My name is Maureen Rabazinski, an adult-geriatric nurse practitioner in Winter Park, FL.  I
work with older adults providing assessment, diagnosis and treatment for those afflicted with
Alzheimer's disease and other dementias.  In addition I manage any mood or behavioral issues
within this group of patients.

    I have known Andrew Williams since he was 5 years old.  He attended the same elementary
and high school as my son. In addition to attending school together, they played sports on the
same teams, vacationed with each other's family, frequented each other's homes for play and
meals, and as they grew, Andrew was a groomsman in my son's wedding and we were guests
at his wedding and celebrated the birth of his daughter Ellie. I have known Andrew for the
majority of his life.

    I can attest to you the character of Andrew Williams is one of a kind, hard-working, dedicated
family man, willing to help anyone at any time. In addition, he possesses a serious regard for
the safety and welfare of others as demonstrated in his years of service as a
firefighter/paramedic.  I have watched him on many occasions contributing to fundraising events
at both school and church, and helping neighbors or friends with whatever they need.  And now
as a father, his love and involvement for his wife and daughter are outstanding.

    I am aware that Andrew has entered a plea of guilty to "parading, demonstrating, or picketing
in a Capitol building".  I am also aware of the remorse Andrew is feeling about this incident.  I
can assure you this is an isolated incident.

    Judge Friedrich, I am asking you for your leniency when it comes to your sentence.  As a
friend of Andrew's and as a mutual medical professional in our community, we need Andrew
back working in our community so he can continue his mission to provide safety and welfare to

others as a firefighter/paramedic.  His family needs him here to continue providing the loving and supportive home that I know to be true for him.

Sincerely,
Maureen Rabazinski, APRN

# Character Letter 33:
# Wanda M. Reas, Esquire

The Honorable Dabney L. Friedrich
U.S. District Judge: c/o Vincent A. Citro,
Law Offices of Horwitz & Citro, P.A.,
17 East Pine Street, Orlando, FL 32801

January 3, 2022

Dear Honorable Judge Friedrich

I, Wanda M. Reas, am writing this letter to you to provide a character reference for Andrew J. Williams, who is married to my niece, Rebecca, for the past 2 years. I am an attorney, practicing for 23 years, and have my own firm in Orlando, Florida. I am a member of the George C. Young Inn of Court, an appointed member of the 19th Circuit Professionalism Panel, and Past president of the Greater Orlando Asian American Bar Association. I am providing this reference in full knowledge of Mr. William's charge of "parading, demonstrating, or picketing in a Capital Building."

I can say with absolute confidence that few men have served the community the way that Andy Williams has. He is a selfless, brave, and kind soul.  He has dedicated his life to being a firefighter, and has, on more than one occasion, risked his life to save the lives of others: both on the job and off.  He recently witnessed an accident while "off duty" and didn't think twice before rushing in and extracting a woman trapped in her vehicle who needed life-saving emergency treatment. Not only did he administer CPR, but he was able to resuscitate her, so that she could be given the emergency medical care she needed. She is alive today, because of Andy.

Andy is a hard-working young man, who has also volunteered with many community organizations. He is a big brother, volunteering at the local Big Brother organization in central Florida, helping young boys who have no other guidance. He is polite and respectful, is a devout Christian, and an "all around" amazing young man. I have known him to be a person of honor and high character. I think it's important to note that he is also a father of a soon to be 2 year old beautiful little girl, with the blessing of a second child on the way; due in April.

Your Honor, I say these things with the intention of requesting leniency and mercy on his behalf during his sentencing. I believe in my heart that Andy is, and will continue to be, a productive member of our community. I believe he understands the mistake that he made, and never had the intention to be involved in the unfortunate circumstances that he found himself in. It is my prayer that you see him as the selfless hero that he truly is, and not allow his mistakes to shape and redirect his future in a negative fashion. Your ability to show leniency on this young man can not only have a huge and positive impact on his life, but to our greater community, as a whole.

Sincerely,

Wanda M. Reas

# Character Letter 34:
# Ryan J. Saboff, Esquire

 THE **FINITY** LAW FIRM

December 1, 2021

The Honorable Dabney L. Friedrich
U.S District Judge
℅ Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

>      Re: *United States of America v. Andrew Williams*
>      Middle District of Florida Case Number 1:21-cr-45-DLF

Dear Honorable Judge Friedrich:

My name is Ryan Saboff and I am an attorney with the Finity Law Firm, PLLC. I am writing to you today regarding a close friend of mine, Andrew Williams ("Mr. Williams"). I have known Mr. Williams for over fifteen years and I would consider him one of my closest and most trusted friends during this time.

Originally, I met Mr. Williams while we were both in school in Tallahassee, Florida beginning in the Fall of 2006 and we have remained in continuous contact since then, both individually, as well as with our respective immediate family members as well.

Since I have known him, Mr. Williams has been involved in charities such as March for Dimes, Toys for Tots, and Dance Marathon. Mr. Williams was never an individual with substantial means, but he was always someone who was willing to give his time or even the shirt off of his back to anyone in need.

Mr. William's true character is exemplified through his career as a firefighter and EMT which fits with his giving demeanor and personality as a perfect career path to be able to help others and give back to his community. I speak for my parents and sister that we all owe Mr. Williams a sincere debt of gratitude. While my family was on vacation at a timeshare in Cocoa Beach, Florida, Mr. Williams was a part of a team that extinguished a fire at my father's manufacturing plant in Sanford, Florida that was started outside of normal working hours. It was probably not that memorable of a day to Mr. Williams, but my father credits him and his unit with saving his business and saving the jobs of forty of his employees, many of whom had been with the company for over two decades. Mr. Williams is the

1

definition of a guardian angel to not only my family but hundreds of families in the Sanford area.

I am aware that Mr. Williams has entered a plea of guilty to "parading, demonstrating, or picketing in a Capitol building" but I hope that this letter helps to explain Mr. Williams' true nature and to ask for your leniency when it comes to his sentence so he may rejoin his family and community to demonstrate what his true character is. I do not believe that this one bad decision illustrates in any way who he is as a person.

I thank you in advance for your time and consideration.

Sincerely,

Ryan Saboff, Esq.
The Finity Law Firm, PLLC
Florida Bar No.: 1010852
2233 Lee Road, Suite 203
Winter Park, Florida 32789
O: (407) 636-4066
F: (407) 210-6867
E: Ryan@finitylaw.com

2

# Character Letter 35:
# Thomas McCarthy Schoeller

Thomas McCarthy Schoeller

2653 W. Vina Del Mar Blvd

St. Pete Beach, Florida 33706


The Honorable Dabney L. Friedrich, US District Judge

C/O Vincent A. Citro, Law Offices of Horowitz & Citro, P.A.

17 East Pine Street

Orlando, Florida 32801



Dear Judge Friedrich


My name is Thomas McCarthy Schoeller, and I am currently a senior in college majoring in finance at Florida International University. I also am unique in that I have a special mental health condition. I battle with Bi-polar 1 disorder with manic features, and I also have PTSD. The reason that I bring this up is that Andy is my first cousin of 27 years, and that he has become an integral part of my life. He is extremely supportive of me in making sure that I do reach my educational goals, and he is what I consider a lifeline with regards to supporting me during my mental health struggles. His character attributes of enthusiasm, guidance, love, faith, thoughtfulness, and joy define the impact that he has made on my life.


Andy's character speaks for itself in the actions that he has taken to personally impact my life. In August of 2019, he displayed his enthusiasm towards me by providing encouraging guidance about my future at my Associates of Arts graduation dinner. Later that year, he gave me guidance over the phone that helped me avoid a mental breakdown when I was previously in school at University of North Texas in Denton. During Thanksgiving and Christmas of 2020, he displayed his love for me by welcoming me with supportive open arms when I had to move to Florida for mental health reasons. I moved here to Florida knowing that he is always here for me. I experienced Andy's true character and strength the most this past summer. On June 19th, 2021, I had a mental health manic episode the night that we were celebrating my Grandfather's Birthday. I thought that I was not going to make it, but Andy saved me from having a crisis. He displayed his thoughtfulness by listening to what I was struggling with, and he was able to reason with me to where I was able to regain my perception of reality back. Andy prevented me from having to go to a mental hospital that night, and I am grateful for his love for me. Another display of Andy's character occurred during the month of July,2021. I was undergoing residential mental health treatment, and Andy took the time to write letters to me with words of faith, joy, enthusiasm, and guidance. He wrote to me stating, "You are an amazing person, and I am so proud of what you have already accomplished. Your future is bright! Keep up the good

work everyday & give all the glory to God. "Your aspirations will be met, and all of the hard work will be rewarded!". The letters that he sent are one of the main reasons that I have made my current recovery, and it is because of Andy's positive character that I feel better today. Andy also displays joy when I see him with a smile on his face, and he is an excellent father to his daughter Ellie who he has allowed to become a part of my life.

Your Honor, I also acknowledge the facts of the situation in that I am aware that Andy entered a plea of guilty to "parading, demonstrating, or picketing in a Capitol building". I also read the supporting documents that accompany the legal situation that he is currently in.

Therefore, Your Honor, I ask that you grant leniency on Andy because Andy has suffered enough personal and financial punishment from society from his actions. Your Honor, more importantly, I need Andy in my life because he is an essential part of my mental health support system. I rely on him as a mentor and a lifeline that can help me avert a crisis by providing me with his enthusiasm, guidance, love, faith, thoughtfulness, and joy that he has always shown me.

Your Honor, I respectfully thank you for taking your time to read this letter that I have written in the fullness of truth.


Sincerely,


Thomas Schoeller

Character Letter 36:

Hon. (Ret.) Stan and Mary Strickland

# Stan & Mary Strickland

Winter Park, FL 32789

November 11, 2021

The Honorable Dabney L. Friedrich
U.S. District Judge
c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 E. Pine Street
Orlando, FL  32801

> Re:  United States of America v. Andrew Williams
> Middle District of Florida Case Number 1:21-cr-45-DLF
> Sentencing Hearing Scheduled for January 27, 2022, at 11:30 am

Dear Judge Friedrich:

We are writing this letter in support of Andrew Williams for the purpose of his sentencing hearing scheduled for January 27, 2022. I am a retired Circuit Judge, having served in the 9th Judicial Circuit of Florida here in Orlando. Currently I work as a mediator in civil matters.  My wife, Mary, owns and runs a small business/restaurant in Seminole County.  She has run this family business with her brothers for the last 14 years.

We are very well acquainted with Andrew (Andy) and his family.  Both of our families attended, and still attend St. Margaret Mary Catholic Church here in Winter Park.  We met the Williams, and their two young sons over 20 years ago and became close friends.  Our children attended grade school at St. Margaret Mary along with Andy and his younger brother.  We have worshiped and socialized together ever since.  This includes working with the Williams' family on many church projects such as feeding the homeless, and our annual senior dinner for the elder members of St. Margaret Mary.  At each of these functions, our families worked along with many other families to serve our community. Andy was always present at these events and worked extremely hard in service of others.  Andy's

participation in these activities was always joyous and meaningful. We have never known Andy to be anything other than hard working and respectful.

We are cognizant of the fact that Andy is pleading guilty to "parading, demonstrating, or picketing in a Capitol building." We are aware of Andy's actions at the Capitol on the day in question. We have personally spoken to Andy about it and expressed our disappointment and displeasure to him. We have found him to be both embarrassed and remorseful. While we do not support Andy's behavior at the Capitol, we still fully and completely support Andy. He was and still is a fine young man with a bright future. He loves his job as a firefighter/paramedic and often speaks of his desire to help others. Our fondest hope is that he will continue his life in this capacity. His life is centered around work and family.

Further, we would also like to point out that Andy is the person that stops to help you on the side of the road when you have a flat tire. Andy is the person who puts money in a homeless man's cup at a street corner. Andy is the person who is there to assist you when you need help with a home or community project. We fervently believe that the good in Andy far outweighs his poor decision and behavior exhibited at the Capitol. While we fully expect to see Andy punished for his actions, we hope that any punishment will be tempered with mercy and allow him to continue his career as a firefighter.

Thanks ever so much for your consideration.

Stan Strickland

Mary Strickland

# Character Letter 37:
# Daniel Williams

December 2, 2021

The Honorable Dabney L. Friedrich, U.S. District Judge

c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.

17 E. Pine Street, Orlando, Florida 32801

Dear Judge Friedrich,

I am Daniel R. Williams, father of Andrew J. Williams. Andrew has been a joy to have as a son. He is kind, caring, and generous with his compassion for others. Especially the less fortunate or challenged. For instance, he was a Big Brother to a young black boy through "Big Brothers and Big Sisters of America". And he was also an alter boy at our church. Further, being a Firefighter and Paramedic is his passion and life's meaning for him. There are many accolades and testimonials from his supervisors, peers, and Union President of how he is committed to saving lives and his work ethic.

At age 7 Andrew had Tourette Syndrome. The teasing at school only lasted a short time as the kids soon got behind him and rooted him on. Thank God it left his body as he grew out of it. When he was 17 he was diagnosed with Diabetes.

His teammates and coaches made sure to watch him at practice and games. He had a fine high school experience as a receiver on the football team. He never complained. He monitors his blood sugars closely and prays for a cure.

I know that Andrew entered a plea of guilty to "parading, demonstrating, or picketing" in a Capitol Building.

Your honor, I am asking for leniency in his sentencing hearing. I promise he is worth it.

Sincerely,

Daniel R. WILLIAMS

# Character Letter 38: Matthew Williams

The Honorable Dabney L. Friedrich, U.S. District Judge
c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, FL 32801


Dear Judge Friedrich,

My Name is Matt Williams, and I am the proud younger brother of Andrew J. Williams. Andrew and I are three years apart in age and I currently serve as a Project Manager for a commercial contractor, specializing in interior finishes for new and existing construction projects.

As you may expect I have known Andrew my entire life and feel very fortunate to call him my best friend. From early on, Andrew has always exemplified what it means to hold the title of older brother. He was born to be a positive example on others and is known to turn around anyone's bad day. He strongly believes in the Golden Rule and lives a life of service to others. In college his friends would joke that he is the perfect candidate to win the lottery because he would spend it on everyone around him. It's no coincidence that he became a fireman.

To quote Mark Twain, "the two greatest moments in a man's life is the day he is born and the day he finds out why" has resonated a lot with me since Andrew became a firefighter. There are few times, if any, that we get to witness someone so close to us find their passion and calling in life and turn it into a career.

That's not to say he isn't charitable either. When he was younger, he would always help our mom with Coalition for the Homeless for St. Margaret Mary Catholic Church. He has also been involved in the Big Brother, Big Sisters of America program and he was never shy about his excitement each month when he could plan a new adventure with his Little Brother, Johnny.

I am aware that Andrew has entered a plea of guilty to "parading, demonstrating, or picketing in a Capitol building", and on behalf of our entire family, we are strongly asking for your leniency when it comes to his sentencing.


Thank you,

Matthew M. Williams

# Character Letter 39:
# Rebecca Williams

Rebecca Williams

January 1, 2021

The Honorable Dabney L. Friedrich
U.S. District Judge
C/O: Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 E. Pine Street
Orlando, FL 32801

Dear Judge Friedrich,

My name is Rebecca Williams and I am the wife of Andy Williams. To this day, I can state that being Andy's wife has been the foundation of the best parts of my life. Everything I am proud of and hold dear started when I met him. I am married to my best friend because he asked. I am the mother to a growing family. I am a Speech Therapist because he encouraged me to be my happiest self and supported me at every step in the journey. Above all, Andy has taught me about God and deepened my faith. This has proved to be a gift with immeasurable reach and serves as the core strength of our marriage and family. He is our rock, in every sense of the word. I am without a doubt my happiest, most compassionate and strongest self because of his wisdom and love. I believe our daughter is the true testament to this. I am biased, but she is the most loving and confident kid I have ever met. Proud of this family is a true understatement.

Since being with Andy, I have watched him also pursue his happiest self by becoming a dedicated paramedic firefighter, husband and father. However, having lived near each other while growing up, I have had the privilege of knowing him for the majority of my life. He has always been true to himself, loyal to his friends and family and embodied an innate sense of leadership. As a follower of Christ, he has always and will always believe in truth and goodness and empowers those around him to do the same. There is no greater example of this than Andy as a father. He has taken pride in this gifted role and taken every opportunity to support and love our daughter and teach her about life and God everyday. When I am often too busy to remember, he makes sure our family prays before every meal and if he's eating alone he prays silently to himself. He never forgets to thank God for what we have and takes every challenge as an opportunity to deepen his faith. When he was put on unpaid leave from the fire station last January, this faith did not waver. He stood strong for our family during one of our most challenging times and took every opportunity he could to provide for us. When it became financially best for me to go back to work as well, Andy filled in as our daughter's primary caretaker two days a week. As wonderfully made as she is, full time care for our budding toddler is not easy. Yet, what could have been dreaded duty became treasured time and Andy took advantage of these bonus days to help her grow. The zoo, park and beach for "daddy days" have become my daughter's favorite parts of the week. Losing him for even a short while would be devastating to our family, but with God's strength I believe we will continue to endure these challenges together.

As you may have read in other letters, or gathered from the volume of support, my husband is a good person. I understand the severity of the charges brought against him and that he has pleaded guilty to "parading, demonstrating, or picketing in a Capitol building." I hope that I have shared to the best of my ability the magnitude of what he means to my daughter and I, and that I have been able to provide you with the consciousness to please consider leniency while issuing his sentencing.

With gratitude for your time,

Rebecca Williams
Speech Language Pathology - Assistant
Central Florida Therapy Solutions

# Character Letter 40:

# Jacqui Esasky

January 10, 2022

The Honorable Dabney L. Friedrich, U.S. District Judge:

c/o Vincent A. Citro, Law offices of Horwitz & Citro, P.A.

17 East Pine Street

Orlando, Florida 32801

Dear Judge Friedrich,

My name is Jacqui Esasky and I have been a registered nurse since 1987 and I am currently practicing in Atlanta, Georgia. In 1988 I took a traveling nursing assignment to Florida Hospital in Winter Park, FL, so that I could be present for the birth of my sister's firstborn son, Andrew Williams. Since that year I have moved twice to Florida for my husband's job living for a year in Jacksonville and a year in Maitland and have watched Andy grow into a hardworking, devoted husband and father and respectful man. Throughout Andy's life I have witnessed him deal with some hard obstacles and setbacks with a positive attitude. I would have to say one of the biggest obstacles for Andy was when he was 15 years old and was visiting our family for Thanksgiving in Georgia. My sister mentioned to me that she was concerned about some recent weight loss in Andy and that he was complaining the entire car ride up from Florida about being thirsty despite having plenty to drink. I told my sister that she was to take Andy to the doctor as soon as she returned to Florida, which she did. Andy was diagnosed with Type 1 Diabetes and all of a sudden his life turned upside down with the huge swings of his blood sugars from too high to too low, having to prick his finger for blood draws multiple times a day, learning how to count carbohydrates and how to give himself shots of insulin. It was hard, as it would be for any 15 year old, but Andy persevered and met the challenge. He would go on in life, inspired by his own disability, to choose a career dedicated to helping others by becoming a fireman and paramedic. It is a job that he not only loves but one that he is very good at having graduated at the top of his class. He has been a good employee, a good citizen, a wonderful husband and excellent father to his precious daughter and his unborn child. I have prayed for Andy often over his 33 years and I am praying for him right now that you, Judge Friedrich, would grant him mercy and leniency and allow him to pay a fine for retribution for his plea of guilty to "parading, demonstrating, or picketing in a capitol building." The last 2 years have been very stressful for all of us on the front lines, often without enough staff, and it would be wonderful to see Andy able to serve his wife and children as a provider and the great community of Sanford, Florida as a fireman and paramedic.

Sincerely,

*Jacqui Esasky*

Jacqui Esasky

# Character Letter 41:

# R. Lee Bennett, Esquire



**GRAY | ROBINSON**
ATTORNEYS AT LAW

301 EAST PINE STREET
SUITE 1400
POST OFFICE BOX 3068 (32802-3068)
ORLANDO, FLORIDA 32801
TEL 407-843-8880
FAX 407-244-5690
gray-robinson.com

BOCA RATON
FORT LAUDERDALE
FORT MYERS
GAINESVILLE
JACKSONVILLE
KEY WEST
LAKELAND
MELBOURNE
MIAMI
NAPLES
ORLANDO
TALLAHASSEE
TAMPA
WASHINGTON, DC
WEST PALM BEACH

Lee Bennett

407-843-8880
LEE.BENNETT@GRAY-ROBINSON.COM

January 10, 2022

The Honorable Dabney L. Friedrich
U.S. District Judge
c/o Vincent A. Citro
Law Offices of Horwitz & Citro, PA
17 East Pine Street
Orlando, FL 32801

Re:    Andy Williams - Character Letter

Dear Judge Friedrich:

Andy Williams is a good person.

Andy Williams was at the Capitol on January 6, 2021, but he did not plan, instigate, or perpetrate violence, engage in property destruction, or assault any person. Destruction of property is the antithesis of who he is. Andy Williams is a fireman. He protects property and people. I was not there and do not possess all the facts about his activities that day, but it is my understanding that he was in Washington, D.C. for a political rally and was swept with a large crowd onto government property. He was in the crowd, but a passive participant. I further understand that he has entered a plea of guilty to parading, demonstrating, or picketing in a Capitol building.

Andy Williams has been a good friend to my youngest son since grade school at Saint Margaret Mary in Winter Park. Andy went on several family outings with my family. He was a solid friend of my son, Paul. This continued into their college years. Our family has known Andy for a long time.

My wife, Marilynn, and I attended Andy's wedding and, through Paul, have followed Andy's career. Having conversed with Andy several times at social gatherings, I can say without qualification that he was overjoyed to be a fireman and he would have done nothing purposefully to jeopardize his chosen career path.

It is no small thing for me to put my name to this letter, for if I believed that Andy has committed heinous acts on January 6, 2021, I would not. Rather than burden the court with my bona fides, I instead append my resume to this letter and apologize for its length.

Finally, I request the Court be lenient in the punishment imposed on him and take into account the adverse consequences already suffered by Andy Williams since January 6, 2021. As I understand it, he has been suspended by the Sanford Fire Department for many months and he and his family have endured public scorn and opprobrium. Although he has been fortunate to find other employment so that he can support his wife and young child, the suspension from the fire department has been especially devastating to him. Becoming a fire fighter is a major accomplishment and no small feat. Everyone was so proud of

**GRAYROBINSON**
PROFESSIONAL ASSOCIATION

January 10, 2022
Page 2

Andy for achieving his desired career.  I only hope that he will be able to regain his position after this nightmare is over.

Respectfully submitted,

R. Lee Bennett

RLB/emb
Enclosures

# GRAYROBINSON

### ATTORNEYS | LOBBYISTS | CONSULTANTS

## R. Lee Bennett

**Of Counsel**
**lee.bennett@gray-robinson.com**

301 East Pine Street
Suite 1400
Orlando, Florida 32801
Phone: 407-843-8880
Fax: 407-244-5690
Direct: 407-244-5631



## Experience

Lee began his legal career in the real property area. Within a few years, he developed a practice in commercial, construction, and surety litigation and general business law. Lee handles trademark and copyright prosecution and is a member of the GrayRobinson Technology Team, which serves the special needs of technology companies. Lee has considerable experience in drafting contracts involving proprietary technology, hosted software systems, trade secrets, copyrights, and trademarks, and has handled the purchases and sales of businesses and loan closings involving millions of dollars. Lee's diverse background serves him well in counseling his business clients, in negotiating commercial transactions, and the ability to successfully resolve business and transactional disputes. His practice includes negotiating software development agreements and licensing arrangements for both vendors and users. Lee served as a director of a publicly-held software company and during his career has represented both privately and publicly-owned companies. Lee has assisted his clients in beginning transnational business operations and engaging in international transactions by assisting in the formation of foreign corporations and branches, as well as preparing contracts for the sale and distribution of products and services overseas. Lee has represented clients doing business in the Far East, Australia, and Europe. In addition, Lee argued and won a landmark case concerning real estate taxation decided by the Florida Supreme Court.

## Areas of Practice

- Corporate
- Intellectual Property & Technology
- Trademark
- Mergers & Acquisitions
- Technology Transactions
- Trade Secret, Noncompete and Unfair Competition

## Background

Lee is almost a native of Florida, having moved with his family to Dade City, Florida, from Massachusetts at the age of 6 years. He graduated from Brown University with a Bachelor's degree in English literature. For the next six years he served in the U.S. Navy flying various aircraft, including helicopters, aboard aircraft carriers. After fulfilling his military commitment for the Naval Aviation program, he attended Vanderbilt University College of Law, where he was Treaty, Case and Note Editor for the *Vanderbilt Journal of Transnational Law.* After receiving his Juris Doctor, he returned to Florida to practice. He and his wife, Marilynn, live in Orlando and have eight adult children.

## Education

- Brown University, A.B. English literature
- Vanderbilt University, College of Law, J.D.
  - Treaty, Case and Note Editor for *Vanderbilt Journal of Transnational Law*

## Admissions

- Florida

## Professional Associations & Memberships

- American Bar Association
  - Business Law Section
  - Business and Commercial Law Committee, Past Newsletter Editor
- The Florida Bar
  - Supreme Court Commission on Professionalism, 2010-2014
  - Professional Ethics Committee, 2010-2014
  - Grievance, Mediation, & Fee Arbitration Committee, Member
  - Unlicensed Practice of Law Committee, Past Chair
  - Business Law Section
  - 5th District Court of Appeal, Judicial Nominating Commission, 2008-2012
  - 9th Judicial Circuit Nominating Commission, appointed by Governor Bush
  - 9th Judicial Circuit Grievance Committee, Past Member
- Orange County Bar Association
  - Delegate to the ABA House of Delegates, 1996-2012
  - Recipient of Professionalism Award, 2000
  - Professionalism Committee, 2000-present
  - President, 1993-1994
  - Former Trustee, Legal Aid Society
  - Executive Council, Member, two three-year terms
  - Executive Council Member Award, three times

- o Corporate and Business Law Committee, Past Chair
- Orange County Bar Association Foundation, Inc., President, 1996

## Awards & Recognitions

- AV Preeminent® rated by *Martindale-Hubbell*
- *Best Lawyers in America*, 2010-2013, 2015-2022
  - o Corporate Law
- *Orlando Magazine*, Best Lawyers, 2013-2016, 2019-2021
- Rotarian of the Year, Rotary Club of Orlando, 2011
- *Orlando Business Journal*, "The Best of the Bar"
- Florida Council of Bar Association Presidents, Outstanding Past President Award, 2003
- Junior Achievement of Central Florida, Henry Cragg Volunteer Award, 2011

## Civic

- Junior Achievement of Central Florida, Member of Executive Committee and Board of Directors (1996-2016), Former Treasurer, Volunteer Classroom Teacher
- Better Business Bureau of Central Florida, Past Director
- International Visitors Council, Past Director
- Orlando Healthy Community Initiative, Stakeholder
- Rotary Club of Orlando, Past Director
- Leadership Orlando, Class 78

## Articles & Publications

- Wrote and continuously updates chapter in practice aid book for Florida lawyers on Corporate Practice in Florida

# Character Letter 42:
# Daniel Bennett

The Honorable Dabney L. Friedrich, U.S. District Judge
c/o Vincent A. Citro,
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street, Orlando, Florida 32801.

January 11th, 2022

Dear Judge Friedrich,

My name is Daniel Bennett, I am the Regulatory Affairs Manager at the Iradimed Corporation, a publicly traded medical device company, located in Winter Springs, Florida and I reside in Maitland, Florida.

I have known Andrew "Andy" Williams since the early 1990's when we attended Saint Margaret Mary Catholic School in Winter Park, FL.  Andy is 6 years my junior and I came to know him through my brother Paul, who was in the same grade.  Over the years Andy attended many of our family events and we became close friends. During that time I have watched Andy grow into the hardworking, dedicated, loving husband and father he is today, and I could not be more proud to call him my friend.

Andy is one of those people that other people gravitate towards, he has a positive mental attitude, despite having to overcome the daily obstacle of having Type I diabetes which he was diagnosed with in high school.  He fights that battle everyday of his life and never complains about it, or lets it be a crutch not to do something.  In fact, instead of using it as a crutch or an excuse, he did the opposite and pushed himself to become a paramedic/fireman.  Andy is an intelligent, driven, hardworking individual and would be successful at whatever career he put his mind to, and he chose a career that's sole purpose is helping others.  He once shared a story with me after a shift he had as a paramedic where a call came in for a drug overdose.  He told me about arriving at the scene which I believe as a fast-food restaurant and finding a man that was lifeless but working on him to bring him back to life.  There was no judgement from him about the man being a drug addict, or a junkie, Andy didn't see him as that, he saw someone that needed help and he saved his life.

I know Andy made a mistake and that he has taken responsibility for that mistake by pleading guilty to parading, demonstrating, or picketing in a Capitol building.  I know in my heart that Andy is not the type of person that would do this with malicious intent and would never do anything to harm another individual or public property.  I also know that he would make a different decision today and not follow the crowd into the building, not to avoid punishment, but because he realizes it was not the right thing to do.

I ask you, the Honorable Judge Friedrich, to please show mercy and leniency in your sentencing of Andy.  Andy has a wonderful family and is the sole provider for them and any time away from his pregnant wife and daughter would do much greater harm than good.  I hope and pray that you could find an appropriate punishment that will not pull him away from them.  Andy is such a great person that I am willing to exchange myself and receive his punishment, whatever it may be, if you would allow it.  If your punishment includes community service, I promise to spend my time alongside Andy, ensuring that whatever time he must complete will be doubled.  I know

there are many more like me that will do the same.  To err is human, to forgive is divine, please find it in your heart to forgive Andrew Williams.

Sincerely,

Daniel L. Bennett
Daniel.Laughlin.Bennett@gmail.com
407-232-3471

# Character Letter 43:

# James A. Fox

James A. Fox
2091 Dyan Way
Maitland, FL 32751

01/11/2022

The Honorable Dabney L. Friedrich
U.S. District Judge
C/O: Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 E. Pine Street
Orlando, FL 32801

Dear Judge Fredrich,

I would like to introduce myself as James Fox, commercial insurance agent at Hadley & Lyden, Inc. I have known Andrew "Andy" Williams just about my whole life. Andy is two years older than me but through my brother, Andrew Fox, we have become great lifelong friends. He is a very hard working person and everyone in the community has utmost respect for what he does for us as a fireman, father and husband. There has not been a single incident where there was a complaint against him. He is cheerful and a very helpful and loving person.

In college I was roommates with Andy for a year and a half. Andy is the first person that is willing to drop everything when others are in need. I will never forget the time my car died on me 30 minutes outside of Tallahassee. I picked up the phone and Andy dropped everything to come pick me up.

I have also had the pleasure of seeing Andy and his wife Becca grow as a couple and raise their beautiful daughter Ellie and soon-to-be new addition to the family. He is an incredible father and his relationship with Ellie and Becca puts a smile on my face. I have the utmost respect for Andy, in all aspects of life but most importantly him risking his life on the line every day as a firefighter.

I understand that Andy has entered a plea of guilty to "parading, demonstrating, or picketing in a Capitol building." I ask when sentencing Andrew Williams that you bear leniency.

Thanks,

James A. Fox

# Character Letter 44: Dimitra "Jamie" Bennett

Mrs. Dimitra (Jamie) Bennett
1626 Ridgewood Avenue
Maitland, Florida 32751

The Honorable Dabney L. Friedrich, U.S. District Judge
c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801


Dear Judge Friedrich,

My name is Mrs. Dimitra ("Jamie") Bennett, and I am writing to you to express my confidence in the defendant, Andrew J. Williams. Mr. Williams is a close friend whom I have known for nearly ten years. I met Mr. Williams in Tallahassee, Florida, where I attended Florida State University. Since meeting, Mr. Williams has remained a thoughtful and loyal friend to me and my family over the years. So much so that he was a groomsman in my wedding and his wife was a bridesmaid.

Mr. Williams is a rare example of a passionate community servant. Mr. Williams has chosen to dedicate his life to helping others through his career as a paramedic and firefighter in our local community. Having known Mr. Williams for some time, it has been an immense joy to watch him find his calling as a paramedic and firefighter. It was clear during Mr. Williams' training in paramedic school and the fire academy that he was excited and enthusiastic for his future.

As a land use planner in the Central Florida region, I have had the opportunity to witness Mr. Williams practice his passion as a firefighter and administer care to members of the community with a selfless professionalism.

The nature of this letter is to request leniency in your sentencing of Mr. Williams. While I am aware that Mr. Williams has plead guilty to parading, demonstrating, or picketing in a Capitol building, his true character was not on display during this incident. Mr. Williams is not only a selfless community servant, but a devoted father and a loving son, husband, and friend. For these reasons, I respectfully ask for your leniency in sentencing Mr. Williams.


Sincerely,


Jamie Bennett

# Character Letter 45:
# Hal George

 **Habitat for Humanity®** of Winter Park/Maitland

We build strength, stability, self-reliance *and* shelter.

The Honorable Dabney L. Friedrich, U.S. District Judge:
c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.,
17 East Pine Street, Orlando, Fl 32801

Dear Judge Friedrich,

My name is Hal George and I have personally known Andrew J. Williams and his family for more than 20 years. My occupation is custom home building through my company, Parkland Homes, and I have been working in construction and real estate in the central Florida area for over 40 years. I also am the co-founder and current president of Habitat for Humanity of Winter Park/Maitland. I am actively involved with several boards and committees in the city of Winter Park such as the Winter Park CRA, Winter Park Housing Authority, and others. Additionally, I had the honor of officiating Andrew's wedding to his wife, Becca.

I have always found Andrew to be a respectful, kind, and hard working young man. Andy has volunteered with me at Habitat for Humanity and always worked with a caring, inclusive, and enthusiastic manner. He was patient in helping the younger volunteers and was always willing to give all of the other volunteers a guiding hand with their tasks. As a first responder, Andy's reputation as an excellent paramedic and dedicated public servant was widely known throughout the community. The entire time that I have known Andy Williams I have been very impressed with his caring and friendly demeanor.

I understand that Andy has entered a plea of guilty to "parading, demonstrating, or picketing in a Capitol building." I would ask that the court please show leniency in Andrew's sentencing. I truly believe that this is a very good young man with a young family that used poor judgment and has learned a valuable lesson.

Thank you so much for your consideration of leniency and for all of the work that you do for our court system. If you need any further information from me, I am happy to oblige.

Respectfully,

Hal George

President- Habitat for Humanity of Winter Park/Maitland

# Character Letter 46:

# John Ludwig

445 S. Elliott Ave

Sanford FL 32771

January 14, 2022

The Honorable Dabney L. Friedrich:

U.S. District Judge: c/o Vincent A. Citro

Law Offices of Horwitz & Citro, P.A.

17 East Pine Street

Orlando, Florida 32801

Dear Judge Friedrich:

I have been in the fire service for twenty six years with four of those serving in the USAF. I was Andy's lieutenant when this occurred. Working as a firefighter is different from any other job. We spend twenty four hours together every third day so we get to know each personally as well as professionally. I have worked with many people over the years and Andy has definitely left a good impression on me.

Andy's work ethic is beyond reproach. Since day one he has been eager to learn. It doesn't matter the training, he is just glad to be learning. He genuinely enjoys his job which is reflected in his yearly evaluations.

His empathy and caring for the public really stands out to me. Whether it be an emergency call or simply dealing with the citizens he treats people with the respect and dignity everyone deserves. This has always been important to me during my career. Andy surpasses my standards.

I understand that Andy has entered a plea of "parading, demonstrating, or picketing in a capitol building". I ask for leniency for Andy. He is a loving, devoted father and husband. He continues to provide for his family and for that I have great respect. I would hate to see this temporary lapse in judgment cost him his future. He still has so much more to contribute to society. With the present state of the world, we can use more men like Andy.

Sincerely,

John Ludwig

# Character Letter 47:

# George Milian

**The Honorable Dabney L. Friedrich, U.S. District
Judge: c/o Vincent A. Citro, Law Offices of
Horwitz &Citro, P.A., 17 East Pine Street,
Orlando, Florida 32801.**

--------------------------------------------------------------

Dear Judge Friedrich,

     My name is George J. Milian. I have been a Firefighter for the City of Sanford Fire Department since November 28, 2005. My current position with the department is Paramedic/Firefighter. I sit on the departments Training committee, Special Operations, Light Technical Rescue Team, Pension board and EMS committee. I am also the Vice President of the Sanford Professional Fire Fighters Local 3996.

     I first met Andrew J. Williams on his first day with the Sanford Fire Department as I was assisting the new hire orientation. From day one he has impressed me with his work ethic and compassion. I have been on countless medical calls with him. I have witnessed his decisions and action on these medical calls change many lives for the better.  I have always known him to be commit to the community he serves. I am aware that he has plead guilty to parading, demonstrating, or picketing in a Capitol building. I have found this to be out character for the Andrew J. Williams I have come to know. I ask for your honor to show leniency for Andrew J. Williams when it comes to sentencing.

Respectfully,

George J. Milian
Firefighter/ Paramedic
VP Sanford Local 3996

--------------------------------------------------------------

# Character Letter 48:

# Karis Khouri and

# Brian Schellhammer

January 26th, 2022

The Honorable Dabney L. Friedrich, U.S. District Judge:
c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.
17 East Pine Street, Orlando, Florida 32801


Dear Judge Friedrich,

First off, thank you for your time and consideration of this letter. Myself, and Brian Schellhammer are writing this letter in regards to our good friend Andrew Williams.

A brief background of Brian and I – we have been dating for 5 years and both work for reputable National and Global companies. I have worked for Marriott International for 14 years holding several sales and business development roles. And Brian has worked at Brasfield & Gorrie for 7 years as a Project Manager. We know and understand what it means to have integrity, respect of authority, and be a productive member of society. We feel as though Andrew Williams possesses those qualities.

Brian has gone through more than half his life being best friends with Andrew Williams (15+ years), and I became good friends with him 5 years ago. Brian's words: "For as long as I've known Andy he has never disrespected authority and has been a true leader amongst his friends and co-workers, these qualities date back to high school athletics. I've spent countless days and nights with Andy, whether it was while we working our concrete job, going camping, or spending holidays with his family, and I can genuinely say he's one of the most trustworthy and respectable men, and father, that I know. I also lived with Andy for 3 years and I always admired his passion, discipline, and motivation while studying to be a Paramedic and then eventually getting promoted to being a Firefighter. He truly cares about the safety and wellbeing of others, whether they are friends of his or strangers he just met.

We are aware and acknowledge that Andy has pleaded guilty for demonstrating at the Capitol – however, we please ask that you provide leniency when it comes to Andrew Williams sentencing, considering this is a non-violent crime. In our humble opinion, we feel as though Andrew does not deserve to be sentenced to jail time. Aside from the above mention of his character, Brian and Andy have had numerous conversations about Andrew's deep regret for entering into the Capitol. Please allow him to be at home with his young daughter and soon to be newborn – his children and wife need him."

Thank you again for your time, we greatly appreciate your consideration.


Sincerely,

Karis Khouri & Brian Schellhammer
2110 Gerda Terrace
Orlando, FL 32804

# Character Letter 49:
# Timothy Johnson

4403 Stonefield Drive

Orlando, Florida 32826

January 27, 2022


The Honorable Dabney L. Friedrich

U.S. District Judge: c/o Vincent A. Citro

Law Offices of Horwitz &amp; Citro, P.A.

17 East Pine Street

Orlando, Florida 32801


Dear Judge Friedrich:

My name is Timothy Johnson. I am an EMT/Firefighter for the City of Sanford. I have been working for the City of Sanford for 4 years and I have known Andrew Williams for the entirety of those 4 years.

Early on in my career as a Firefighter I uncovered one of the main reasons I chose the career path. For as long as I can remember I have always wanted to feel as though I was part of a family. When I was growing up, I never felt that the word family had any true meaning other then the fact of being blood related. I could go into my past further but that is not why we are here. I am her to discuss with you how the word family now means more to me then I ever thought possible, and that change in me started with Andrew Williams. Mr. Williams had no preconceived notions of who I was as a person other than the fact that we worked together yet he still took me under his wing as a little brother and guided me to make the right choices in life for my future. And I stand firm on believing that most of us in this world have had the experience of feeling like people don't really care deeply about us as individuals or even fellow employees. Yet I still find myself unable to label Andrew Williams as someone who doesn't care deeply about people he does/doesn't know and is willing to do everything in his power to make you feel as part of his family.

Andrew Williams is a good man. And I would ask that you show mercy, grace, and leniency as he attempts to put his life back together. This man was born to serve, he was born to be a Paramedic/Firefighter. The City of Sanford needs him. And as selfish as it is I need him in my life and couldn't imagine my life without him. If Andrew serves time in jail, his chances of returning to work as a Firefighter will greatly be diminished. Please allow Andrew to become a productive member of society once again.

I am aware that Mr. Andrew Williams Pleaded guilty to parading in the Capitol Building, and I am further aware that he has learned from his mistake.

Sincerely, Timothy Johnson

# Character Letter 50:
# Britton Brown

January 27, 2022

The Honorable Dabney L. Friedrich, U.S. District Judge
c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.,
17 East Pine Street
Orlando, Florida 32801

RE: United States of America v. Andrew Williams Middle District of Florida Case Number 1:21-cr-45-DLF

Dear Judge Friedrich:

My name is Britton Brown. I am a Major Account Rep for Waste Connections, a national waste services provider. I was born and raised in Altamonte Springs and now live in Orlando.

I have known Andrew for 6 years. We met through my husband, Davey Brown. He has been a great friend to our family. When my husband is out of town traveling for work, I take comfort knowing I can always call on Andrew to help.

I know Mr. Williams has entered a plea of guilty to parading, demonstrating, or picketing in a Capitol building. I am asking for your leniency in the sentencing of this young husband and father.

Sincerely,

Britton Brown
361 Brassie Drive
Orlando, FL 32804
Britton.Brown@WasteConnections.com
(407) 496-3605

# Character Letter 51:
# Davey Brown

January 27, 2022


The Honorable Dabney L. Friedrich, U.S. District Judge
c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.,
17 East Pine Street
Orlando, Florida 32801

RE: United States of America v. Andrew Williams Middle District of Florida Case Number 1:21-cr-45-DLF

Dear Judge Friedrich:

My name is Davey Brown. I am a Regional Development Director for WMG Development, a national commercial real estate development firm. I am a native of Central Florida and currently reside in Orlando.

I was first introduced to Mr. Williams through a mutual friend in 2016. Since that time, I have come to know him as an incredible friend, devoted husband, and caring father. I have benefited from Andrew's generosity on numerous occasions, as he is always willing to go out of his way to help a friend in need.

I understand Mr. Williams has entered a plea of guilty to parading, demonstrating, or picketing in a Capitol building. I write to your today asking for your leniency when it comes to his sentencing.

Sincerely,

Davey Brown
361 Brassie Drive
Orlando, FL 32804
dbrown@wmgdevelopment.com
(386) 233-0023

# Character Letter 52:

# Brandon N. De Jesus

Brandon N. De Jesus
1661 14th Street
Orange City, FL 32763

The Honorable Dabney L. Friedrich
U.S. District Judge: c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

Dear Judge Friedrich:

My name is Brandon De Jesus. I am full time career EMT/Firefighter for the city of Sanford, Florida. I have been employed at the fire department for five years now.  Prior to my employment with Sanford Fire Department, I worked an approximate two years of EMS in Orlando, Florida. Currently, I have two jobs, EMS/FIRE and work as a carpenter on my off days.

While looking for a job in the fire service, I really wanted to serve MY community. I was born and raised in the city of Sanford, Florida. I am a local to all schools growing up and know my community/citizens very well. When I was hired, I was immediately assigned at station 38, Andrew Williams's home station. I write the word as "Home" station because that's what it truly is, a home. A home with brothers and sisters. We spend 24 hours together every third day and a house with five people in it serving the community one call at a time, you develop a strong bond.

During my rookie year (first year on), I developed a friendship with Andrew Williams with training and running calls. Andrew was more senior than me so he would take me aside and help train me. A work relationship began to unfold into a brotherhood. On shift for 24 hours you begin to know who someone is. We all share emotions from running the good calls with great outcomes, and the bad calls with the not so great outcomes.

Andrew was always there for me during the tough calls and made sure my mind was right. He has always had such a great attitude with coworkers, family and patients. I've always seen Andrew go above and beyond what is expected. This is why I perform at 110 percent with every patient I come into contact with. Because of Andrew's excellent leadership skills, I am who I am today. We have grown more and more as brothers each day even outside of work. We have experienced out of work things such as camping events, off-road adventures, fixing and repairing vehicles and building doors together.

Since the incident of January 6th, Andrew has been out of work at the fire department. As stated earlier, I have a second job as a carpenter building doors and cabinets. It is here at the door shop Andrew continues to shine and push forward with his amazing work ethic and great attitude. Andrew has put in nonstop effort in order to support his family.

Andrew became wrapped up on January 6th and has been ran through the mud ever since. His name has been used and described as a bad person. Andrew Williams is a good person. Andrew Williams is a great father. He is a great friend. He has served as a Paramedic/Firefighter for my hometown and its people so well. He made a mistake and has been enduring so much for this mistake ever since. I ask you Judge if you can see it within you to give leniency to Mr. Williams. I pray that this mistake that Andrew regrets does not tarnish him forever. I pray that Andrew Williams is able to go back to work and serve the community as a Paramedic/Firefighter.

Sincerely,

Brandon N. De Jesus

# Character Letter 53:

# James A. Eubank

The Honorable Dabney L. Friedrich, U.S. District Judge:
c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A., 17 East Pine Street, Orlando, Florida 32801

Dear Judge Friedrich,

My name is James A. Eubank. I am a graduate of the University of Florida and hold a Bachelor's Degree in the Field of Construction Management. I am currently a Project Superintendent for Wharton-Smith, Inc. Construction Group. I currently work alongside Brevard Public Schools as well as the Brevard County Sheriff's Office on numerous security upgrades for the school district in Brevard County. In the past I have completed projects with Disney, Universal, Sea World, Numerous Hospitality Ventures, and also Hurricane Recovery work after Hurricane Irma passed through our state.

I have known Andrew Williams for about 4 years now and was first introduced to him through mutual friends in the Maitland, FL area. I would say that we do not know each other in a professional capacity but do spend time together on our off time from our occupations. Whether it be a get together with friends, walking city festivals around town, or enjoying the outdoors of Florida together. I will be the first to tell you that we have genuinely bonded over those four years and that Andrew has my utmost respect to this day. I believe Andrew to be a genuine and honest person mainly due to the work he has done with the Fire Department as well as the couple things he has helped me with personally, moving to a new home and helping to drive if my car was in the shop. You wouldn't think these things were a big deal but when it comes down to it not many people really show up when you need a hand. At the end of the day I know that if I were to be in any kind of trouble and were to call Andrew at any time, that he would be there in a moment's notice to help in any way that he could.

I fully understand that Andrew has entered a Plea of Guilty to *parading, demonstrating, or picketing in a Capitol building*. My request to you is to show leniency and mercy to Andrew. He is a genuinely good friend and a great husband and father to his wife and child. He truly is just getting his family started and I believe he needs to be there for his daughter and his next child that will be brought into this world soon. Andrew deserves to continue to do good and help others in this community and all i ask is that you allow him to continue to do so.

Respectfully,

**James A. Eubank**
347 Brassie Dr.
Orlando, FL 32804
Cell: (386)338-4261
Work: (407)664-5804

# Character Letter 54:

# Johnathan Morse

2924 Crystal Creek Blvd.
Orlando, Florida 32837
November 18, 2021


The Honorable Dabney L. Friedrich
U.S. District Judge: c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

Dear Judge Friedrich:

My name is Johnathan Morse. I am a Firefighter/EMT for the city of Sanford. Prior to starting my career with FD I worked as a Manager for GNC and a Personal trainer at the YMCA for over 7 Years.

I had the pleasure of working with Mr. Williams when I was hired on over a year ago. Andy and I were on the same shift. Andy has always been a very enthusiastic and helpful person. As a new hire I had a lot to learn and a lot of questions. Andy was always ready to stop what he was doing to help me with anything I asked. I also have been able to experience first hand Andy's skills and bedside manners as a paramedic in the field. Andy was always very kind, understanding and knowledgeable when it came to patient care.

Andy has a very positive personality that is very contagious. His love for the job and for his patients very inspiring. Andy is a strong asset to this department and not having him with us has been very noticeable. One of many examples that comes to mind is when I was on a dog bite call with him as the paramedic. The 12 year old child had suffered a very serious dog bite to his elbow and forearm. The child was in obvious signs of distress. Andys bedside manners and the way in which he interacted with the child was enough to calm and comfort the patient so that we were able to render more effective care. On the way to the hospital the child looked at Andy and asked him if we could all pray for him to which Andy immediately agreed. He lead a very emotional and heartfelt prayer for the patient and in doing so gave a deeper glimpse into just how deeply Andy cares for people. I would ride on any call with him on any day.

I understand that Mr. Williams has made a plea of guilty to "parading, demonstrating, or picketing in a Capitol building"
Everyone at some point in their life has had a lapse in judgment that has caused them hardship. Andy Williams is a good man that made a mistake. I know that he has already learned from it 100 times over. I please ask leniency in Andys sentencing. It is very hard to find someone that has the character that Andy possesses. He is a loving father, husband and friend and a truly loving human being. Thank you for taking the time to read this letter.

Sincerely,


Johnathan Morse FF/EMT

# Character Letter 55:

# Jonathan and Amanda Grady

To The Honorable Dabney L. Friedrich, U.S. District Judge c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A., 17 East Pine Street, Orlando, Florida 32801.

Dear Judge Friedrich,

My family, Jonathan and Amanda Grady, is writing to provide positive character examples for Andrew Williams to prove that jail time would be unnecessary in this circumstance. We understand that Andrew has entered a plea of guilty to parading, demonstrating, or picketing in a Capital building. We are requesting leniency from the judge when it comes to his sentencing as we have known Andrew for over 20 years. Every interaction with him through the years has been of a positive and loyal citizen. He demonstrates his integrity every day through his family values and his career as a firefighter. He goes above and beyond to assist others in every circumstance. He is the kind of person who would always give any one the shirt off his back.

Thank you for your time,
Jonathan and Amanda Grady

# Character Letter 56:

# James Slapa

January 12, 2022

The Honorable Dabney L. Friedrich , U.S. District Judge

C/O Vincent A. Citro, Law Offices of Horowitz & Citro P.A.

17 East Pine Street, Orlando Florida, 32801

Dear Judge Friedrich ,

   My  name is Jim Slapa and I am an Operations  Lieutenant with the City of Sanford Fire Department. I am currently assigned as the officer in charge of Tower 31 on "C" shift . I have been employed by the City of Sanford for going on 20 years but have been active in the fire service  for close to 30 years. I am also the owner of a family owned business in Orlando that sells building materials. I have been married for 20 years and am the father of a most spectacular daughter .

   I initially came to know Andrew Williams when he was hired by the Sanford Fire Department in 2016 . Following completion of his orientation period he was assigned to my station . I'd heard positive things about his time in orientation and his day to day performance definitely mirrored that report. We worked together for several months and then he was moved to a different station and under another Lieutenant's command. Andrew and I also spent time together away from work . We both had Jeeps, and along with several others , spent time off-roading and camping. Following Andrew's arrest , and subsequent suspension from the Fire Department , I offered him a job at my business . He accepted , and is currently still employed by me .

   Andrew is a hard working , caring , and compassionate person. His performance at the Fire Department has been exemplary. His annual reviews have always been above average . Throughout his tenure at the Fire department he has been faced with countless stressful and truly life threatening situations . A great many times , peoples lives have literally been in his hands . This may have been due to medical emergencies, traffic accidents , fires and any number of other situations. In all of them he has performed selflessly and has always put others well being above his own. He is a skilled Firefighter /Paramedic that is constantly looking for ways to improve his ability to care for others .Upon his suspension without pay from the Fire department I offered him a position at my shop. He had no prior knowledge of building materials , but since he needed to provide for his growing family , he accepted the position. Andrew has worked hard and has become an irreplaceable part of my business.

   Andrew and I have spoken at length about his situation and I am aware that  he has entered a guilty plea to "parading , demonstrating , or picketing in a Capitol building." I truly believe that he regrets his actions  . His decision that day has altered his life in ways he could not have , but should have predicted. From the time of his arrest Andrew has been on leave without pay from the Fire Department . This has placed a severe financial burden on his young family. His employment at my business has helped but in no way matches the salary he makes at the Fire

Department. A decision as to his continued employment at the City of Sanford has not been made as it would appear it hinges upon the outcome of his sentencing hearing. It is my hope that you can see Andrew's regret for his actions through the hard work that he has done to provide for his family in this most trying time , and that you might impose the most lenient sentence available . I am convinced that in doing so he will have the best chance at returning to work at the Fire department and continuing his career of service to the community.

With regards,

James Slapa

# Character Letter 57:

# Ryan Swetitsch

The Honorable Dabney L. Friedrich
U.S District Judge: c/o Vincent A. Citro
Law offices of Horwitz and Citro, P.A
17 East Pine Street
Orlando, Florida 32801

Dear Judge Friedrich,

My name is Ryan Swetitsch, and I am a Firefighter/ EMT for the city of Sanford and
have been for the last 4 years.

I know Andrew Williams by working on the same shift and at the same station for a few
years at the Sanford Fire Department.

 I first met Andrew in my orientation where he was assisting the instructors in helping
my orientation class complete the task we were given for the day. Andrew called me
aside during that day and told me that he was a type one diabetic also just like me and
told me that if I had any questions about adjusting to the new schedule and lifestyle as a
firefighter and diabetic to let him know. Little did I know that that he would soon change
my life for the better

Andrew sat me down on shift a few days later and explained to me how I should be on
an insulin pump, especially being a firefighter, and how much easier it would make this
job and my life. Being a diabetic for 23 years and fighting with my doctors for years
about not wanting an insulin pump I did not think that Andrew was going to be able to
convince me to get off insulin injections and go on the pump. But Andrew is a caring
person and has people's best interest in his mind and refused to quit on me even after
numerous conversations about the insulin pump. A few months later after comparing
our diabetes and seeing how much better he was able to control his, Andrew finally
convinced me to give the insulin pump a try. The first week I had it I absolutely loved it
and saw a huge change in my blood sugars and how stable they were. I cannot thank
Andrew enough for never giving up on talking to me and convincing me to change my
life for the better. I truly believe that if it was not for him, I would not be a firefighter
anymore, a job that both Andrew and I love and are truly compassion about, because of
poor blood sugar control due to not having an insulin pump.

I do, just as Andrew does, understand that he made a mistake on Jan 6th and from
talking to him knows that he deeply regrets even being there. Andrew is a tremendous
man which a huge heart and full of compassion for his friends, his department, the
citizens he serves, but most of all his family. I ask that you provide leniency during his
sentencing and understand that everyone does make mistakes and gets caught in the
wrong place at the wrong time, I know I have, and I am sure you have too. Andrew is a
tremendous attribute to the Sanford Fire department and sentencing him to jail time
would possibly mean taking him away from the department. A job that Andrew's selfless
character has devoted to for years and job that he was truly meant for.  Sentencing him
to jail time could also mean that he would have to work minimum wage job and unable

to provide proficiently for his beautiful family with a second baby on the way. I ask that you take this letter, Andrew's family, and his tremendous character of compassion and selflessness for laying his life on the line for the citizens in the City of Sanford in account when sentencing Andrew.

Thank you for your time
Firefighter/ EMT Ryan Swetitsch

# Character Letter 58:

# Todd Render

2924 Crystal Creek Blvd.
Orlando, Florida 32837
November 18, 2021

The Honorable Dabney L. Friedrich
U.S. District Judge: c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

Dear Judge Friedrich:

My name is Todd Render.  I am an EMT/Firefighter for the City of Sanford.  Before working as a Firefighter, I was a public school teacher for 18 years.

I was hired with Andrew Williams in October of 2016.  When you are hired as a Firefighter, you go through that department's orientation.  Our orientation was 4 weeks long.  We started at 6:30 A.M. and would not finish until 6:00 P.M.  The best way to describe this orientation is a boot camp, where the department puts you through the ringer to see if you can handle the stress.  Four of us were hired, but only three of us made it through to the end.  When someone is put under this amount of physical and mental stress, you learn a lot about that person.  No matter how much they put us through, Andrew never broke.

Early in our career, Andrew asked me if I would be a reference for him to be part of the Big Brother Big Sisters of America program.  I was impressed that this young man was willing to give up his time to help out a child that did not have a mentor.  Andrew used his own money to take this child to Sea World and expose him to opportunities that he would not have had without Andrew in his life.

Andrew and I have spent the majority of our career working together.  I have been on fire scenes, auto accidents, pregnancies, shootings, gas line explosions, and cardiac arrests with him.  We have both been in extremely stressful situations; and Andrew has always had my back, and I had his.  When someone has a trauma code, there is less than a 1% chance of saving that person.  However, I have been on the ambulance with Andrew when he saved a trauma code.  I have watched a woman lying on the ground gasping for her last breaths from an allergic reaction while Andrew was drawing up Benadryl in the syringe and he saved her life.  There are more stories than you would be interested in reading of times where Andrew Williams was in a situation that the majority of people would curl up in a ball because of the stress, and he never broke.

In 2020, when so many were scared and confused by Covid 19, I contracted the virus.  I had reached a point where I could not eat, drink, or hold anything down.  Andrew Williams came to check on me.  After Andrew took my vitals and could hear that my lungs were full of fluid, he insisted I go to a hospital.  I refused, but Andrew wasn't going to let me circle the drain.  Andrew went and got my wife, and they both ganged up on me and forced me to go to the hospital.  It

turned out I had pneumonia and was on the edge of liver failure from my Covid.  If Andrew would not have risked catching Covid from me to check on me, things might be very different today.

The only time I have ever seen stress get to my friend was after he made the largest mistake of his life.  January 6th was a terrible day, and this young man has truly paid a huge price for becoming wrapped up in a crowd of people who did not recognize the enormous ramifications that they would be faced with after.  Andrew has been humiliated in the print, radio, and television media.  His family has had to deal with protestors, defamation, and the risk of so much loss.  Yes, Andrew made a mistake.  He has without a doubt learned how a mistake can turn your life completely upside down.  I ask you, who of us has not made a mistake.  I know I am far less than perfect.  I feel lucky I grew up in the 80's where everything I did was not being recorded.

Andrew Williams is a good man.  When the rest of the crew would be watching a movie, Andrew was reading books on how to be a good father when his wife was pregnant with his first child.  Now, his wife is pregnant again with his second child.  PLEASE, please let Andrew be present for the birth of his second child.  Please, show mercy, grace, and leniency on this young man as he attempts to put his life back together.  This man was born to serve; he was born to be a Paramedic/Firefighter.  The City of Sanford needs him.  If Andrew serves time in jail, his chances of returning to work as a Firefighter will greatly be diminished.  If Andrew serves time in jail, he most likely will be sentenced to a life of minimum wage jobs with little benefits, instead of saving lives and property.  You hold Andrew's future in your hands.  This last year, Andrew has been through enough to bring most of us to our knees.  Andrew is a different man now, his is a changed man now.  Please allow Andrew to once again become a productive member of society.

Sincerely,


Todd Render

# Character Letter 59:

# Ann Render

2932 Crystal Creek Blvd.
Orlando, Florida 32837
November 22, 2021


The Honorable Dabney L. Friedrich
U.S. District Judge: c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

Dear Judge Friedrich:

I am a retired Kentucky School Principal.  When my husband died in 2015, I moved to Florida to be close to my son, Todd who was a teacher in Orlando.  In 2016, Todd became a firefighter in Sanford Florida.  He and Andy Williams were hired at the same time.

As a firefighter and paramedic, Andy was a productive member of society.  On January 6th he made a big mistake for which he has suffered tremendously.  He and his family have been hounded by the media so badly that they could not even go to their own home.  His mother's livelihood and business have been threatened.  He has not worked at the fire station for a year now.  He is now working at a minimum wage job building doors.  He has no benefits at this job and he and his wife are expecting their second child.

Everyone has made mistakes.  Bad decisions affect all of us.  Andy made a mistake on a national scale.  If he is sent to prison, he will never again be a productive member of society.  Not only will his life be effected but also his wife, two children, his mother, and the rest of his family.

At the fire station, a paramedic must go on every rescue run.  My Son has been the EMT for a large number of the rescue runs where Andy was the paramedic.  Todd has told numerous stories of Andy saving lives.

Firefighters have worked 24/7 during the pandemic.  My son caught the virus in August 2020.  His health deteriorated almost daily.  Andy was checking on him regularly.  After taking Todd's vials and listening to his lungs, he told Todd that he had to go to the hospital.  At the hospital, Todd was diagnosed with Covid, pneumonia and was near liver failure.  Todd recovered completely and I remain convinced that Andy saved his live by getting him to the hospital that day.  There are over 70 firefighter at the Sanford Fire Department, however, only one was there when my son was sick with Covid, Andy Williams.

Andy realizes that he made a huge mistake on January 6th, but imprisoning Andy will have no good results.  Letting him go back to work as a firefighter/paramedic will have only positive results for Andy, his family, and for society as a whole.  I plead with you to please have grace and leniency considering all that he and his family have been through.

Sincerely,


Ann Render

# Character Letter 60:

# Brian McGratty

The Honorable Dabney L. Friedrich, US District Judge
c/o Vincent A. Citro, Law Offices of Horwitz & Citro. P.A.
17 East Pine Street
Orlando, FL 32801

Re: United States of America v. Andrew Williams

Dear Judge Friedrich,

My name is Brian McGratty.  I am writing you with regard to the character of my lifelong friend Andy
Williams.  I have lived in Central Florida most of my life and am the proud father of four amazing kids.  I
am the Vice President of Employee Benefits for the 5th largest brokerage firm in the United States and
have held this role for the last 19 years.

I first met Andy when he was a toddler 30+ years ago.  Our parents were/are very good friends and my
main source of income in high school was babysitting both Andy and his younger brother Matt.  I
enjoyed spending several vacations with his family.  I am very fortunate to have known Andy almost his
entire life and could not be more proud of the young man that he has become.  His dedication to his
wife, child (soon to be children) and his fire department are all traits that he developed early on in life
that carried forward into who he is today.  I am proud to say that I consider Andy a "little brother".

I can find no better example of his community involvement than to point out his choice of career.  He is
a proud member of the Sanford Fire Department and is also a paramedic.  He has put his life in harm's
way on several occasions.  This is his passion and I hope that someday soon he will be able to continue
his calling.

I understand that Andy has pled guilty to "parading, demonstrating, or picketing in a Capitol Building".  I
know that Andy is aware of the severity of his actions.  I write this letter asking for leniency in your
sentencing.  I would hate for one day to define the rest of this young man's life.  His future is very bright
and I would love nothing more than to see him continue his journey.

Thank you Judge Friedrich.

Yours sincerely,

Brian McGratty

# Character Letter 61:
# Darryl Granda

# Character Letter 62:

# Henry Musselman

The Honorable Dabney L. Friedrich
U.S. District Judge: c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

Dear Judge Friedrich:

My name is Henry Musselman. I am a Lieutenant with the City of Sanford Fire Department. I have been employed by the City of Sanford for 15 years.

I first met Andrew Williams in October of 2016 when he was hired at the Sanford Fire Department as a FF Paramedic. I have worked with Pm Williams on many ems calls and have seen him taking care of countless pts. He has always strived to provide the highest level of care for the citizens of Sanford. He is an outstanding paramedic and a great Fire Fighter. I have also spent time outside of work with Andrew and his family. He is a great father and husband.

I know Andrew Williams has entered a plea of guilty to "parading, demonstrating, or picketing in a Capital building." I do believe that people make poor decisions in life, but I also believe that people can learn from the decisions they make and should have a second chance. I believe Andrew has learned a great deal from the choices he has made. I am asking that when it comes to you sentence that you show mercy for Andrew Williams.

Sincerely,

Henry E Musselman III

# Character Letter 63:

# Suzie Reas

1/01/2022

To: The Honorable Dabney L. Friedrich, U.S. District Judge
c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.
17 East Pine Street, Orlando, Florida 32801."

From: Suzie Reas
VP South Glassbeam
13123 Luntz Point Lane
Windermere, FL 34786

Dear Judge Freidrich,

I am a professional executive in the healthcare informatics space. I am also Andy Williams's mother-in-law. I've known Andrew Williams for approximately five years. I remember when I met Andy, he was going through EMT and firefighter school and working full time and spending time with my oldest daughter Becca. He was and is, always, a true gentleman, and highly respectful to me as he was towards his elders. When Andy started dating my daughter who is now his wife, Andy immediately took Becca's younger sister, Sarah, under his wing. Sarah struggled with a move and change of schools, and at that time also, was estranged from her father for a bit. Andy knowing this, mentored her, befriended her and treated her immediately like family. I also remember when he asked me for Becca's hand in marriage. I'll never forget how proper and respectful he was, as he asked me to meet him for lunch and humbly asked me to consider him as part of the family and promised to be the husband to Becca that I would be proud of. He has not broken that promise.

Additionally, Andy always reflected someone with strong work ethic. I've never known him to not work, nor have I ever known him to not offer help when I or anyone in the family or friends needed it. I honestly cannot say anything negative, nor can I remember a time that Andy didn't follow through or break a promise.  After my daughter and Andy married November 2019, I've watched him evolve into a loving and respectful husband, and an amazing father to my granddaughter Ellie.  He is a reliable and upstanding husband, father, friend and son in law, brother-in-law and family member to my family. I believe Andrew Williams is strong in character, integrity, and honesty, and is a genuinely kind person. I'm proud to know him and call him family.

I understand Andy has pled guilty to lesser charges of trespassing during the Capitol events on January 6th. Your honor, I plead with you to please grant leniency and reflect compassion as you consider his future and the impact it will have on my daughter and granddaughter. Thank you for seriously considering Andy's true character and the fact that he did not engage in any rioting, violent or malicious activity during the Capitol events.  Thank you so very much for your time and consideration.

Kind regards,

Suzie Reas
c. 407.637.1191

# Character Letter 64:

# Keith Allo

1/01/2022

To: The Honorable Dabney L. Friedrich, U.S. District Judge
c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.
17 East Pine Street, Orlando, Florida 32801."

From: Keith Allo
Founder and CEO, Frank Media Productions
13123 Luntz Point Lane
Windermere, FL 34786

Dear Judge Friedrich,

My name is Keith Allo. I reside in Windermere, FL where I've spent the last 17 years, 15 of those years as the VP of Production and Programming at Golf Channel and NBC. In 2020, along with my partner golf personality David Feherty, I created a sports and entertainment media company, Frank Media, LLC.

First, thank you for giving me the opportunity to speak on behalf of Andy Williams. I have had and continue to have a wonderful and mutually respectful relationship with Andy, whom I met in 2018, through his wife's mother, who is my fiancé. In mt time with Andy, I have witnessed a supportive and caring husband, a present and engaging father, and someone who is warm and kind to everyone he meets, and fiercely loyal to all his friends and acquaintances. With the onset of Covid, and the heightened political polarity over the last few years, many people have engaged in their right to protest and voice their concerns over policies and events that they feel passionate about. I am convinced that it was in this spirit that Andy attended the events of January 6th at our Nation's capital. I believe with every fiber in my being, that Andy simply wanted his voice to be heard, and never intended for his actions to be malicious or illegal. This is a character letter, and it is my hope that you will see Andy in the same way his family and friends know him, not a man of conflict or malice, but rather a God-fearing man of character, integrity, and genuine kindness.

Your honor, I hope as you consider Andy's future, you will see a man that represents exactly what our country needs as the world continues to become more complex and conflicted. That you will see a proud American, fire fighter, civil servant, father, husband, son, and brother that cares about people, and believes in the values of his country. A man of character, and integrity, that wants the very best for his family and community. Your honor, I humbly request that you please carefully and compassionately reflect on how your decision will not only set the course for Andy's life, but the impact it will forever have on his wife Becca, daughter Ellie, and unborn child due in April. Please consider the sacrifices that have already been made as you decide on Andy's fate moving forward.

Thank you, your Honor, for your consideration and for your service to our country.

God bless and kindest regards,

Keith Allo

c. 407.405.6010

# Character Letter 65:
# Carol Corder

1/28/2022

To: The Honorable Dabney L. Friedrich, U.S. District Judge
c/o Vincent A. Citro, Law Offices of Horwitz & Citro, P.A.
17 East Pine Street, Orlando, Florida 32801."

From: Carol Corder
VP Neurosciences, Director Imaging and Cardiac Services (Retired)
7517 Laureate Boulevard #4204
Orlando, FL 32827
C: 727-992-4102

Dear Judge Friedrich,

I am a retired health care worker of 50 years.  I reside now in Orlando, after moving here for family.

I met Andy Williams about 5 years ago, through family friends. I continue to know Andy and enjoy a close family friend relationship.  I also know Andy through his work as an EMT for the Sanford Fire Department, during my short tenure at Central Florida Regional Hospital.

I have only witnessed Andy to be a kind and caring individual. I have seen Andy shed tears of joy at his wedding to the love of his life and emotional tears at the support and love of his family by marriage. Andy is a hard worker, supportive and loving husband and wonderful father of a beautiful daughter with another child on the way.

I am a child of the 1960's and grew up during the Civil Rights Movement, Women's liberation and the Viet Nam War.  I am not in the same political spectrum as Andy, I am a registered Democrat. But I am a firm believer of the right to peaceful protest.  As we saw during the Civil Rights years and Viet Nam era, sometimes violence breaks out at the heightened emotions evident when crowds are worked into a frenzy by rhetoric with no place at a peaceful event. I feel strongly that it was not Andy's intent to enter into any type of illegal activity, but rather was caught up in the events of the day.  I don't believe he ever had any malicious intent to harm persons or property during the events of January 6th., but was present exercising his right to peaceful protest.

Please accept this as a character letter on Andy's behalf.  I believe him to be a good civil servant, community member, and man of strong character.
Your consideration of leniency in Andy's case will impact not only Andy's future, but that of his wife, daughter and unborn child due in April.

Kind regards,

Carol Corder

# Character Letter 66: Gregory V. McGann

The Honorable Dabney L. Friedrich, U.S. District Judge
C/O Vincent A. Citro, Law Offices of Horowitz & Citro P.A.
17 East Pine Street, Orlando Florida, 32801

Dear Judge Friedrich,

My Name is Gregory Vincent McGann and I am an Operations Lieutenant/President of the Sanford firefighters Local 3996 in Sanford Florida.  I am originally from Miami Florida and moved to central florida in 2000, I was hired on with the Sanford Fire dept. in 2006 as a FF/EMT, achieved my FF/Paramedic in 2009 and am now currently holding my position of 4 years as Lieutenant/Paramedic.  In 2018, I was voted In by the members of our union to become there President and withhold that position to date.  I am happily married for 15 years and have 2 boys that I hope I am a roll model for them and their future.

In 2016 is when Andrew J. Williams was Hired on to the Sanford Fire Dept., that day Mr. Williams became my brother and Friend for life.  Early in Mr. Williams career he achieved his goal of becoming a Paramedic with the Dept., the following 6 months I had the privilege to be Mr. Williams preceptor where I grew a greater respect for this young man with his skills and dedication to his profession of caring for those that need it the most.  I believe to this day that the compassion and dedication that he instills in his job and every day life is one that I share with any new employees we hire.

As President of the Sanford Firefighters Local 3996, I have a responsibility to my members and their best interests and through thick or thin I will be there for them as long as they are upfront and honest with me.

To the case in point, I initially learned of the incident before us the night of January 2, 2021, upon Mr. Williams returning home I had to inform him of his suspension from duties without pay until proceedings of the matter are concluded.  Throughout the year long proceeding Mr. Williams and I have been in constant contact assuring me that he has been fulfilling his obligations required of him, I can not count the number of times he has apologized and through our many conversations I truly believe he is regretful for walking thru those doors and that it will never happen again.

As for his sentencing date forthcoming February 9th, 2022,  I hope that this letter gives to you more insight of who Mr. Williams really is as a person and that we all make mistakes in life whether big or small, I would like to believe that the punishment Mr. Williams is enduring at this time from both Federal and his Leave suspension without pay will considered with your decision.

I would personally like to thank you for the extended amount of time you given to these proceedings and respect your decision at hand.


With regards,

Gregory V. McGann
President/Lieutenant
Sanford Fire Department
Local 3996

# Character Letter 67:

# Daniel L. Bennett

The Honorable Dabney L. Friedrich, U.S. District Judge
c/o Vincent A. Citro,
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street, Orlando, Florida 32801.

January 11th, 2022

Dear Judge Friedrich,

My name is Daniel Bennett, I am the Regulatory Affairs Manager at the Iradimed Corporation, a publicly traded medical device company, located in Winter Springs, Florida and I reside in Maitland, Florida.

I have known Andrew "Andy" Williams since the early 1990's when we attended Saint Margaret Mary Catholic School in Winter Park, FL.  Andy is 6 years my junior and I came to know him through my brother Paul, who was in the same grade.  Over the years Andy attended many of our family events and we became close friends. During that time I have watched Andy grow into the hardworking, dedicated, loving husband and father he is today, and I could not be more proud to call him my friend.

Andy is one of those people that other people gravitate towards, he has a positive mental attitude, despite having to overcome the daily obstacle of having Type I diabetes which he was diagnosed with in high school.  He fights that battle everyday of his life and never complains about it, or lets it be a crutch not to do something.  In fact, instead of using it as a crutch or an excuse, he did the opposite and pushed himself to become a paramedic/fireman.  Andy is an intelligent, driven, hardworking individual and would be successful at whatever career he put his mind to, and he chose a career that's sole purpose is helping others.  He once shared a story with me after a shift he had as a paramedic where a call came in for a drug overdose.  He told me about arriving at the scene which I believe as a fast-food restaurant and finding a man that was lifeless but working on him to bring him back to life.  There was no judgement from him about the man being a drug addict, or a junkie, Andy didn't see him as that, he saw someone that needed help and he saved his life.

I know Andy made a mistake and that he has taken responsibility for that mistake by pleading guilty to parading, demonstrating, or picketing in a Capitol building.  I know in my heart that Andy is not the type of person that would do this with malicious intent and would never do anything to harm another individual or public property.  I also know that he would make a different decision today and not follow the crowd into the building, not to avoid punishment, but because he realizes it was not the right thing to do.

I ask you, the Honorable Judge Friedrich, to please show mercy and leniency in your sentencing of Andy.  Andy has a wonderful family and is the sole provider for them and any time away from his pregnant wife and daughter would do much greater harm than good.  I hope and pray that you could find an appropriate punishment that will not pull him away from them.  Andy is such a great person that I am willing to exchange myself and receive his punishment, whatever it may be, if you would allow it.  If your punishment includes community service, I promise to spend my time alongside Andy, ensuring that whatever time he must complete will be doubled.  I know

there are many more like me that will do the same.  To err is human, to forgive is divine, please find it in your heart to forgive Andrew Williams.

Sincerely,

Daniel L. Bennett
Daniel.Laughlin.Bennett@gmail.com
407-232-3471