# Exhibit 1: Character Letter

The Honorable Dabney L Friedrich                                1-26-2022

U.S. District Judge:

C/O Vincent A Citro

Law Offices of Horwitz & Citro, P.A.

17 E. Pine Street

Orlando, FL 32801


Dear Judge Friedrich:

 My name is Michael James Murphy and I am a Lieutenant at the Sanford Fire Department. I have been with this agency since February 2000 and received my promotion in July of 2006. During my 21+ years working for this Department, I have served as an Executive Board member for our Local Professional Fire Fighters Union Local 3996 since 2003.

 I came to meet Andy Williams's acquaintance October of 2016 during his orientation process as a rookie at the Sanford Fire Department. Andy has always conducted himself in a most respectful manner, is a sponge for knowledge, and is the model team player anyone would want working for them. The thing that struck me about Andy from the get go was his high on life old soul demeanor. Andy has always been a selfless individual who strives to be the best he can be. He truly possesses the servants' heart, empathy, and compassion necessary to be successful at our job. I have been involved in training our Rookie orientation since 2002 and I have seen hundreds of candidates come to us from every walk of life imaginable. I can ensure that not everyone is suited for this career and that not every first responder possesses those qualities. On top of that Andy has proven time and time again to be an excellent Paramedic and member of our brotherhood. He has saved countless lives, been the light at the end of the tunnel for families on numerous occasion, and he volunteers outside of work to help our community.

 I know that Andy has entered a guilty plea for "parading, demonstrating, or picketing in a Capitol building". As a young man, I too made mistakes that could have made it impossible for me to be a member of the greatest brotherhood in the world. Instead, a judge much like yourself, found it in his heart to look beyond a single incident and take a chance on a person of good character. I am asking that you also show Andy some sort of leniency that would let him continue to serve the citizens of Sanford and be able to remain a part of our brotherhood.

Sincerely,

*[signature]* 1-26-22

Lieutenant Mike Murphy

213 W 16th St

Sanford FL, 32771